**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Cushnie, LLC** |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names |

| | |
|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN)<br><br>**26-2273145** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>**294 Herkimer Street**<br>**Brooklyn, NY 11216**<br>Number, Street, City, State & ZIP Code<br><br>**Kings**<br>County | **Mailing address, if different from principal place of business**<br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.cushnie.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor **Cushnie, LLC**
        Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ___3159___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

| Debtor | **Cushnie, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency

Contact name

Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor **Cushnie, LLC**
Name

Case number (*if known*)

☐ $50,001 - $100,000         ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Debtor | **Cushnie, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May  3, 2021**
MM / DD / YYYY

**X** **/s/ Carly Cushnie**                    **Carly Cushnie**
Signature of authorized representative of debtor              Printed name

Title  **CEO**

**18. Signature of attorney**

**X** **/s/ Douglas A. Goldstein**            Date **May  3, 2021**
Signature of attorney for debtor                  MM / DD / YYYY

**Douglas A. Goldstein 5067749**
Printed name

**Spector & Ehrenworth, P.C.**
Firm name

**30 Columbia Turnpike, Suite 202**
**Florham Park, NJ 07932**
Number, Street, City, State & ZIP Code

Contact phone  **(973) 845-6526**      Email address  **dgoldstein@selawfirm.com**

**5067749 NY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Cushnie, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __May  3, 2021__          X */s/ Carly Cushnie*
                                        Signature of individual signing on behalf of debtor

                                        **Carly Cushnie**
                                        Printed name

                                        **CEO**
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Cushnie, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................... $    **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................ $    **0.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................. $    **0.00**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $    **1,088,617.57**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $    **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$    **1,882,774.33**

4. **Total liabilities** ............................................................................................................................
   Lines 2 + 3a + 3b        $    **2,971,391.90**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Cushnie, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **HSBC Bank Account** | **Business** | **5534** | $0.00 |
| 3.2. | **HSBC** | **checking** | **7701** | $0.00 |
| 3.3. | **HSBC** | **checking** | **4286** | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

| | $0.00 |
|---|---|

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Cushnie, LLC**_____    Case number *(If known)* _____
_____Name_____

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | **Investments** |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Cushnie, LLC**                                    Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $0.00 |

| Fill in this information to identify the case: |
| --- |

Debtor name     **Cushnie, LLC**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property      12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
| --- | --- | --- |

| 2.1 | **Hilldun Corporation** | Describe debtor's property that is subject to a lien | $1,088,617.57 | $0.00 |
| --- | --- | --- | --- | --- |

| Creditor's Name | **All Receivables** | | |
| --- | --- | --- | --- |

**255 West 35th Street**
**New York, NY 10001**

Creditor's mailing address

**Describe the lien**

**security interest**

**Is the creditor an insider or related party?**

☐ No

■ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,088,617.57 |
| --- | --- | --- |

### Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **Bruce Nathan, Esq.** **Lowenstein Sandler, LLP** **1251 Avenue of the Americas** **New York, NY 10020** | Line  **2.1** | |
| **Michael Buxbaum, Esq.** **Lowenstein Sandler, LLP** **1251 Avenue of the Americas** **New York, NY 10020** | Line  **2.1** | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

Debtor   **Cushnie, LLC**
Name

Case number (*if known*)

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     

**Fill in this information to identify the case:**

Debtor name **Cushnie, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**251 West 39th Street Realty Co**<br>**c/o East End Capital Partners**<br>**600 Madison Ave., 11th Fl.**<br>**New York, NY 10022**<br><br>Date(s) debt was incurred **March 24, 2015**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Unpaid rent, additional rent and real estate taxes for premises at 251 W. 39th St., New York, NY 10018**<br>Is the claim subject to offset? ☐ No ■ Yes | **Unknown** |
| **3.2** Nonpriority creditor's name and mailing address<br>**47 Pictures, Inc**<br>**1802 N. Wilton Place #2**<br>**Los Angeles, CA 90028**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **PR Hair and Makeup Expense**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,500.00** |
| **3.3** Nonpriority creditor's name and mailing address<br>**A&H Couture**<br>**260 W 36th St., 7th Floor**<br>**New York, NY 10018**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **labor**<br>Is the claim subject to offset? ☐ No ☐ Yes | **$45,143.00** |
| **3.4** Nonpriority creditor's name and mailing address<br>**Absolute Couture Inc.**<br>**247 W. 37th St., Suite 202**<br>**New York, NY 10018**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **labor**<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,205.00** |

| Debtor | **Cushnie, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,250.00 |
|---|---|---|---|
| | **Acadaca, LLC**<br>**2 University Plaza, Suite 100**<br>**PMB 1062**<br>**Hackensack, NJ 07601** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __website development__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,426.68 |
|---|---|---|---|
| | **Accurate Patterns, Inc**<br>**246 West 38th Street**<br>**New York, NY 10018** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __marketing__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,153.60 |
|---|---|---|---|
| | **Admiral Courier Services**<br>**18 West 30th Street**<br>**3rd Floor- Suite 4**<br>**New York, NY 10001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __messenger service__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $14,128.63 |
|---|---|---|---|
| | **American Express (Corporate)**<br>**P.O. Box 1270**<br>**Newark, NJ 07101-1270** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Credit Card Purchases__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $28,888.56 |
|---|---|---|---|
| | **American Express (Plum)**<br>**ADR c/o CT Corp System**<br>**28 Liberty Street**<br>**New York, NY 10005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Credit Card Purchases__ | |
| | Last 4 digits of account number __1000__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,712.00 |
|---|---|---|---|
| | **Ascot Fashions**<br>**No-9, AC Mkt**<br>**Tardeo, Mumbai-400034, India** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __labor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $51.56 |
|---|---|---|---|
| | **Bauer Office Solutions**<br>**144 East 44th Street, 6th Fl**<br>**New York, NY 10017** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __office printer service__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Cushnie, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,042.19 |
|---|---|---|---|

**Bergen Shippers Corp**
**5903 West Side Ave**
**North Bergen, NJ 07047**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $122,700.16 |
|---|---|---|---|

**Calzaturifico Carisma Sr**
 **ViaPoggio Alla Malva 8/10**
**50055 Malmantile**
**Lastra A Signa, IT 50055**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **labor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $992.51 |
|---|---|---|---|

**Canon Financial CFS**
**14904 Collections Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **office printer service**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $375,000.00 |
|---|---|---|---|

**Carly Cushnie**
**294 Herkimer St.**
**Brooklyn, NY 11216**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid wages**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chiuma & Co., Ltd**
**3-3-10 Awajimachi, Chuo-ku**
**Osaka, Japan**
**541-0047, JP - JAPAN**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,921.00 |
|---|---|---|---|

**Cindy & Kevin Studio**
**327 West 36th St., 2nd Floor**
**New York, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **labor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,015.22 |
|---|---|---|---|

**Conceria A. Tema Srl**
**Via Dell Industria**
**76/78/80**
**Castelfranco, DiSotto, IT 56022**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Raw materials**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Cushnie, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Conceria Tre Emme S.r.l**
**Via Guglielmo Marconi, 3/1**
**36050 Zermeghedo (VI) ITALY**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Raw materials__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$192.91**

**ConEdison**
**Jaf Station**
**PO Box 1702**
**New York, NY 10116**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,548.67**

**Cozen O'Connor**
**277 Park Avenue**
**New York, NY 10172**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Unpaid Legal Fees__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,640.19**

**Dogi Spain**
**Carretera Cami del Mig**
**s/n Poligono PP12 El Masnou**
**Barcelona, Spain  08320**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Raw materials__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$930.00**

**East End Capital**
**600 Madison Ave**
**New York, NY 10022**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __water and sprinkler__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,000.00**

**El Toro Interactive, LLC**
**2 University Plaza**
**Suite 100 PMB 1063**
**Hackensack, NJ 07601**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __marketing__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,120.00**

**Elite Model Management**
**245 Fifth Avenue, 24th FL**
**New York, NY 10016**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __model__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Cushnie, LLC**
_____    Case number (if known) _____
Name

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**Exhibit A, LLC**
**1287 N. Crescent Heights Blvd**
**Unit D**
**Los Angeles, CA 90046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _marketing_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,237.50 |

**Fashion Fit Models LLC**
**P.O. Box 261**
**New York, NY 10113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _model_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,332.39 |

**FedEx**
**P.O. Box 371461**
**Pittsburgh, PA 15250-7461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Shipping services_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,337.86 |

**Green-Ungar Capital Mgmt**
**c/o East End Realty**
**600 Madison Ave, 11th fl**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Rent_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,675.00 |

**Guide Fabrics**
**262 West 38th Street**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Raw materials_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,431.73 |

**Hand, Baldachin & Amburgey**
**8 W. 40th St, 12th Fl**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Unpaid Legal Fees_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $277,807.00 |

**HSBC**
**452 Fifth Avenue**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _PPP Loan (all but $5,000 expected to be forgiven)_

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Cushnie, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Industrias del Curtido S.**
Avda de Alicante, s/n
46460 Silla (Valencia)
ES - SPAIN

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Raw materials

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Inwool Jersey**
Via Strozzi, 41
59013 Montemurlo (PO) ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Raw materials

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30,637.74** |
|---|---|---|---|

**JACKYTEX**
Ind. Tessile Della Maglia
Terranuova Bracciolini (AR)
52028, IT - ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,501.14** |
|---|---|---|---|

**Karla Otto**
475 10th Ave, 4th Floor
New York, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Marketing

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60,930.00** |
|---|---|---|---|

**Kay's Pattern**
252 West 38th St., Suite 702
New York, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Production cost

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$80.10** |
|---|---|---|---|

**La Perla**
Via Livornese 71/73
Empoli (Firenze)
ITALY  50053

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Raw materials

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$230.00** |
|---|---|---|---|

**Labels Inter-Global, Inc**
109 West 38th Street
Suite #701
New York, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Raw materials

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Cushnie, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26.55** |
|---|---|---|---|

**Lamprey Systems**
**60 West Broad Street**
**Suite 301**
**Bethlehem, PA 18018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,390.11** |
|---|---|---|---|

**Lineapiu Italia**
**1384 Broadway, Rm #301**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Production cost**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,250.00** |
|---|---|---|---|

**Luke Dickey**
**NKLD Inc.**
**48 Kinney Street**
**Piermont, NY 10968**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Photographer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$282.96** |
|---|---|---|---|

**Manifatture Tessili Bianc**
**22071 Cadorago (Co), via Diaz**
**Registri Imprese di Como**
**175953 ITALY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Raw materials**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,353.57** |
|---|---|---|---|

**Maruska S.R.L.**
**Via Prov.le Frencesca**
**44/29-44/30, 56020**
**Santa Maria A. Monte, IT**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Production cost**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$359.29** |
|---|---|---|---|

**Meridian Customs**
**15-02 132nd Avenue, 2nd floor**
**Jamaica, NY 11434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customs brokerage**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$363,430.61** |
|---|---|---|---|

**Michelle Ochs**
**105 West 8th Street**
**Bayonne, NJ 07002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/28/2020**

Basis for the claim:  **default judgment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Cushnie, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**Naser Tanning Company**
**No 10 Kumarappa Street**
**Periamet, Chennai, Tamil Nadu**
**600003, INDIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Production cost

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,515.25 |
|---|---|---|---|

**Non-Stop Express Int'l**
**10-39 44th Drive**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  freight forwarder

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Oglethorpe, Inc**
**8383 Wilshire Blvd, Suite 1000**
**Beverly Hills, CA 90211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  marketing

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $108.30 |
|---|---|---|---|

**Ogletree, Deakins**
**50 International Drive**
**Patewood IV, Suite 200**
**Greenville, SC 29615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Legal services

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,800.00 |
|---|---|---|---|

**One Model Management, LLC**
**42 Bond Street, 2nd Floor**
**New York, NY 10012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  model

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,464.17 |
|---|---|---|---|

**Open Text, Inc**
**c/o J.P. Morgan Lockbox**
**24685 Network Place**
**Chicago, IL 60673-1246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $332.70 |
|---|---|---|---|

**Orchard Mile**
**133 West 19th St., Fl 6**
**New York, NY 10011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Cushnie, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,568.82** |
|---|---|---|---|

P.L. Wong & Co., Ltd
Unit 03, 4/F Vanta Indus. Ctr
21-33 Tai Lin Pai Road
Kwai Chung, Hong Kong

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$38,434.33** |
|---|---|---|---|

Paoli Riccardo s.r.l
Via di Castel Pulci
9/B, Scandicci (FI)
50018, IT ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,580.00** |
|---|---|---|---|

PC Fashion Inc.
327 West 36th Street
Suite 3A
New York, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$48,656.44** |
|---|---|---|---|

Peter Marcus Group, LLC
37 Willowmere Circle
Riverside, CT 06878

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __licensing partner__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$418.00** |
|---|---|---|---|

Platform 11211, Inc
302 Bedford Avenue #133
Brooklyn, NY 11249

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __PR Hair and Makeup Expense__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22,215.00** |
|---|---|---|---|

Sabanna Fashion J. Inc.
247 W 38th St., 8th floor
New York, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$324.03** |
|---|---|---|---|

Sgl Filati
Sede Legale e Amministrativa
Via B Marcora 121010
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Raw materials__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Cushnie, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,360.94**

Shoot Food NY LLC
214 Columbia Street
Brooklyn, NY 11231

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Miscellaneous**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$248.31**

Silkomo SRL
Strada Statale Briantea, 10
Tavernerico (CO),
22038, IT - ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Raw materials**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,138.52**

South Street Seaport Limo
13355 Noel Road, 22nd Floor
Dallas, TX 75240

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Miscellaneous**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$270.00**

State Artist Management
525 7th Avenue, Suite 904
New York, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Production cost**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,255.91**

Stoll
250 West 39th Street
New York, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **labor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,721.52**

T&M Delivery Corp
28 Garfield Place
South Hackensack, NJ 07606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Shipping services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$92,627.27**

Taewoo Fabric Co., Ltd
#305, Art Plaza, 732-1
Choji-Dong, Danwon-Gu, Ansan-S
Gyeonggi-Do, Korea

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Production cost**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | Cushnie, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $774.01 |
|---|---|---|---|

**Tessitura Uboldo Luigi sr**
Via della Cerca 9/11,
22070 Lurago Marinone (CO)
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Raw materials**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**The Benefit Practice**
1055 Washington Blvd., Ste 610
Stamford, CT 06901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  401k administrative fee**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $569.55 |
|---|---|---|---|

**Tiger Button Co., Inc**
307 W 38th Street, 4th floor
New York, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Production cost**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $539.98 |
|---|---|---|---|

**Time Warner Cable**
Box 223085
Pittsburgh, PA 15251

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Internet Expense**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,620.91 |
|---|---|---|---|

**TWS International, Inc**
179-14 149th Road, 2nd floor
Jamaica, NY 11434

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  freight forwarder**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $287.78 |
|---|---|---|---|

**Uli Wagner LLC**
279 Vanderbilt Avenue
Brooklyn, NY 11205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Sales showroom expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Union Square Couture**
5 East 16th Street, 4th floor
New York, NY 10003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Sales showroom expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Cushnie, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,400.00**

**Velasco Couture**
**347 W 36th Street Suite 1403**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **labor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$906.14**

**Verizon**
**PO Box 15124**
**Albany, NY 12212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **telephone services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,747.25**

**Vogue Too**
**265 W. 37th Street, 14th floor**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **labor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$121.77**

**Waste Connections**
**PO Box 660654**
**Dallas, TX 75266-0654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trash removal**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00**

**Wilyfoxx Collective, Inc**
**60 Broad Street, 24th floor**
**New York, NY 10004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business development**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

### Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Brandon G. Stanislaus, Esq.**<br>**Zwicker & Associates, P.C.**<br>**1551 S. Washington Ave-Ste 404**<br>**Piscataway, NJ 08854** | Line  **3.8**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Todd Higgins, Esq.**<br>**Crosby & Higgins LLP**<br>**140 Broadway, 46th Floor**<br>**New York, NY 10005** | Line  **3.46**<br><br>☐ Not listed. Explain ____ | _ |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | Cushnie, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **UNG 1 Realty, LLC**<br>**600 Madison Ave.**<br>**New York, NY 10022** | Line __3.1__<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 1,882,774.33 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,882,774.33 |

**Fill in this information to identify the case:**

Debtor name    **Cushnie, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of office space, 8th floor of 251 West 39th Street, New York, NY 10018 expires 4/30/2021** | |
| | State the term remaining | | **251 West 39th Street Realty Co c/o East End Capital Partners 600 Madison Ave., 11th Fl. New York, NY 10022** |
| | List the contract number of any government contract | _____ | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage facility, Bergen Logistics, 5903 West Side Avenue, North Bergen, New Jersey 07047, for inventory** | |
| | State the term remaining | | **Bergen Logistics 5903 West Side Avenue North Bergen, NJ 07047** |
| | List the contract number of any government contract | _____ | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Cushnie, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors
                                                                       12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Carly Cushnie** | **294 Herkimer Street Brooklyn, NY 11216** | **251 West 39th Street Realty Co** | ☐ D _____ <br> ■ E/F __3.1__ <br> ☐ G _____ |
| 2.2 | **Carly Cushnie** | **294 Herkimer Street Brooklyn, NY 11216** | **Hilldun Corporation** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Cushnie Holdings, LLC** | **294 Herkimer Street Brooklyn, NY 11216** | **Michelle Ochs** | ☐ D _____ <br> ■ E/F __3.46__ <br> ☐ G _____ |
| 2.4 | **Cushnie Trademark, LLC** | **294 Herkimer Street Brooklyn, NY 11216** | **Hilldun Corporation** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | **Michelle Ochs** | **105 West 8th Street Bayonne, NJ 07002** | **251 West 39th Street Realty Co** | ☐ D _____ <br> ■ E/F __3.1__ <br> ☐ G _____ |

Debtor    **Cushnie, LLC**_____    Case number *(if known)* _____

▮  **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6  **Michelle Ochs** | 105 West 8th Street<br>Bayonne, NJ 07002 | **Hilldun Corporation** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.7  **Carly Cushnie** | 294 Herkimer St.<br>Brooklyn, NY 11216 | **251 West 39th Street<br>Realty Co** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.1___ |
| 2.8  **Michelle Ochs** | 105 West 8th St.<br>Bayonne, NJ 07002 | **251 West 39th Street<br>Realty Co** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.1___ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Cushnie, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **For prior year:** From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$6,549,986.00** |
| **For year before that:** From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$8,430,403.00** |
| **For the fiscal year:** From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$10,011,059.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|
| | |

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | Cushnie, LLC | Case number *(if known)* | |
|---|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Hilldun Corp.<br>225 W. 35th St.<br>New York, NY 10018 | 10/2019 -<br>8/2020 | $342,722.58 | payment under factoring agreement |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| Michelle Ochs<br>105 West 8th Street<br>Bayonne, NJ 07002 | bank account deposit | December 18, 2020 | $23,821.96 |
| Hilldun Corp.<br>225 W. 35th St.<br>New York, NY 10018 | See Attachments | December 4, 2020 | Unknown |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Michelle Ochs v. Cushnie, LLC (formerly known as Cushnie et Ochs, LLC and Cushnie Holdings, LLC (formerly known as Cushnie et Ochs Holdings, LLC)<br>20-cv-04215 | Civil | United State District Court Southern District of New York | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | American Express Travel Related Services Company, Inc. v. Cushnie, LLC f/k/a Cushnie et Ochs, LLC<br>CV-009058-21/NY | | Civil Court of the City of New York<br>New York County Civil Court<br>111 Centre Street<br>New York, NY 10013 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Cushnie, LLC** _____    Case number *(if known)* _____

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
| --- | --- |

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |
| 9.1. **Food Bank for NYC** | | **May 6, 2020** | **$916.82** |
| Recipients relationship to debtor  partnership with e-commerce | | | |

---

| Part 5: | Certain Losses |
| --- | --- |

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

---

| Part 6: | Certain Payments or Transfers |
| --- | --- |

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?  Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- |
| 11.1. | | **5/15/20 $1,697.80 7/17/20 $9,314.00 8/21/20 $3,300.00 4/28/21 $1,000.00** | |
| **Spector & Ehrenworth, P.C. 30 Columbia Turnpike Florham Park, NJ 07932** | | | **$15,311.80** |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

---

| Debtor | Cushnie, LLC | Case number *(if known)* | |
|--------|--------------|--------------------------|--|

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|-------------------------|-----------------------------------|---------------------------|-----------------------|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|--|-------------------------------|-----------------------------------------------------------------------------------|------------------------|-----------------------|
| 13.1. | **Michelle Ochs**<br>**105 West 8th Street**<br>**Bayonne, NJ 07002** | **monetary payment** | **3/8/2019** | **$180,000.00** |
| | Relationship to debtor<br>**former partner** | | | |
| 13.2. | **Michelle Ochs**<br>**105 West 8th Street**<br>**Bayonne, NJ 07002** | **monetary payment** | **8/27/2019** | **$180,000.00** |
| | Relationship to debtor<br>**former partner** | | | |

**Part 7:  Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|--|---------|----------------------------|
| 14.1. | **251 W. 39th Street**<br>**8th floor**<br>**New York, NY 10018** | **May 1, 2015 - June 5, 2020** |

**Part 8:  Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|-----------------------------------------------------------------------------------|----------------------------------------------------------------------------|

**Part 9:  Personally Identifiable Information**

Debtor    **Cushnie, LLC** _____    Case number *(if known)* _____

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐   No.

■   Yes. State the nature of the information collected and retained.

   **Names, e-mail addresses, phone numbers, shipping addresses,
   billing addresses, order history**

   Does the debtor have a privacy policy about that information?

   ■ No
   ☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐   No. Go to Part 10.

■   Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.
   ■ Yes. Fill in below:

   | Name of plan | Employer identification number of the plan |
   |---|---|
   | **Cushnie et Ochs, LLC 401(k) Plan** | EIN:  **26-2273145** |

   Has the plan been terminated?

   ■ No
   ☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Bergen Logistics 5903 West Side Avenue North Bergen, NJ 07047** | **Carly Cushnie** | **inventory (now owned by Hildun)** | ☐ No ■ Yes |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    __Cushnie, LLC_____    Case number _(if known)_ _____

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

   _Environmental law_ means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   _Site_ means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   _Hazardous material_ means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                     Best Case Bankruptcy

Debtor    **Cushnie, LLC**                                          Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Shaun Rekow**<br>**954 Lexington Ave #2006**<br>**New York, NY 10021** | **4/30/18 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Friedman LLP**<br>**1 Liberty Plaza, FL - 21**<br>**New York, NY 10006** | **2018** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Weiyi Chay**<br>**188 Grand Street**<br>**Unit #388**<br>**New York, NY 10013** | |
| 26c.2.    **Shaun Rekow**<br>**954 Lexington Ave #2006**<br>**New York, NY 10021** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Ardaine Holdings**<br>**294 Herkimer St.**<br>**Brooklyn, NY 11216** |
| 26d.2.    **Hilldun Corp.**<br>**225 W. 35th St.**<br>**New York, NY 10018** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

Debtor    **Cushnie, LLC**_____    Case number *(if known)* _____

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Friedman, LLP** | **December 2018** | **$1,030,226** |

|  | Name and address of the person who has possession of inventory records |
|---|---|
| | **Weiyi Chay**<br>**188 Grand Street**<br>**Unit #338**<br>**New York, NY 10013** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ■ No
   ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor    **Cushnie, LLC**_____    Case number *(if known)*_____

| **Part 14:** | **Signature and Declaration** |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  3, 2021**_____

**/s/ Carly Cushnie**_____    **Carly Cushnie**_____
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **CEO**_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

Statement of Financial Affairs
Attachment for Question #5
Assets sold to Hildun (Part 1)

**Cushnie, LLC**
**Asset Schedule and Summary**
As of July 31st, 2020

**Asset Value Detail as of July 2020**

| Category | Asset Description | Date Acquired | Cost | Accumulated Depreciation / Amortization | Depreciation / Amortization through July 2020 | Book Value |
|---|---|---|---|---|---|---|
| **Computer Equipment** | | | | | | |
| Computer Equipment | Old items | | 3,882.00 | 3,882.00 | - | - |
| Computer Equipment | Laptop | 12/12/14 | 8,922.25 | 8,922.25 | - | - |
| Computer Equipment | Laptop | 12/15/14 | 1,849.79 | 1,849.79 | - | - |
| Computer Equipment | Laptop | 05/21/15 | 2,176.41 | 2,176.41 | - | - |
| Computer Equipment | Laptop | 06/12/15 | 1,087.66 | 1,087.66 | - | - |
| Computer Equipment | Laptop | 06/24/15 | 1,087.66 | 1,087.66 | - | - |
| Computer Equipment | Laptop | 08/19/15 | 1,087.66 | 1,087.66 | - | - |
| Computer Equipment | Laptop | 11/13/15 | 1,632.04 | 1,632.04 | - | - |
| Computer Equipment | Phone System | 12/09/15 | 6,412.00 | 6,412.00 | - | - |
| Computer Equipment | Laptop | 01/08/16 | 1,217.23 | 1,217.23 | - | - |
| Computer Equipment | Laptop | 01/19/16 | 1,196.54 | 1,196.54 | - | - |
| Computer Equipment | phone System | 02/26/16 | 2,666.00 | 2,666.00 | - | - |
| Computer Equipment | Wifi systems | 02/02/16 | 4,363.25 | 4,363.25 | - | - |
| Computer Equipment | Apple PC (Charlotte) | 03/14/16 | 1,510.51 | 1,510.51 | - | - |
| Computer Equipment | Mitel executive phones (x3) | 03/24/16 | 1,551.47 | 1,551.47 | - | - |
| Computer Equipment | Apple PC (Francine) | 03/25/16 | 3,479.87 | 3,479.87 | - | - |
| Computer Equipment | Apple PC (Kristen) | 06/20/16 | 1,380.54 | 1,380.54 | - | - |
| Computer Equipment | Apple PC (Leila / Catherine) | 07/14/16 | 3,065.93 | 3,065.93 | - | - |
| Computer Equipment | Apple PC | 08/28/16 | 1,685.39 | 1,685.39 | - | - |
| Computer Equipment | Phone system extra card | 09/15/16 | 1,850.88 | 1,850.88 | - | - |
| Computer Equipment | Apple PC (Colma) | 11/02/16 | 1,380.54 | 1,380.54 | - | - |
| Computer Equipment | 3 Apple PCs | 02/28/17 | 4,141.62 | 4,026.58 | 115.04 | - |
| Computer Equipment | Applc PC and monitor | 08/31/17 | 2,732.69 | 2,201.33 | 531.36 | - |
| Computer Equipment | Apple Laptop (Lydia) | 12/21/17 | 2,687.03 | 1,865.99 | 522.48 | 298.56 |
| **Computer Equipment Total** | | | **63,046.96** | **61,579.52** | **1,168.88** | **298.56** |
| | | | | | | |
| **Software** | | | | | | |
| Software | RLM Initial install and implement | 02/18/16 | 43,000.00 | 32,250.00 | 5,016.67 | 5,733.33 |
| Software | RLM System Modification | 07/18/16 | 4,300.00 | 4,300.00 | - | - |
| Software | Joor Integration | 06/19/17 | 3,000.00 | 2,583.33 | 416.67 | - |
| **Software Total** | | | **50,300.00** | **39,133.33** | **5,433.34** | **5,733.33** |
| | | | | | | |
| **Website** | | | | | | |
| Website | Notwithstanding | 11/30/16 | 26,250.00 | 26,250.00 | - | - |
| Website | Acadaca | 11/30/16 | 28,750.00 | 28,750.00 | - | - |
| Website | Laura Kim | 11/30/16 | 11,200.00 | 11,200.00 | - | - |
| Website | Laura Kim | 11/30/16 | 11,200.00 | 11,200.00 | - | - |
| Website | Acadaca | 11/30/16 | 21,250.00 | 21,250.00 | - | - |
| Website | RLM | 11/30/16 | 7,500.00 | 7,500.00 | - | - |
| Website | Notwithstanding | 11/30/16 | 26,250.00 | 26,250.00 | - | - |
| Website | Acadaca | 11/30/16 | 21,250.00 | 21,250.00 | - | - |
| Website | RLM | 11/30/16 | 7,500.00 | 7,500.00 | - | - |
| Website | Acadaca | 11/30/16 | 13,750.00 | 13,750.00 | - | - |
| Website | Acadaca - Shopify | 06/01/20 | 30,000.00 | - | 1,666.67 | 28,333.33 |
| Website | RLM - Shopify Integration | 06/01/20 | 6,500.00 | - | 361.11 | 6,138.89 |
| **Website Total** | | | **211,400.00** | **174,900.00** | **2,027.78** | **34,472.22** |

**Assets Disposal - June 2020**

| Category | Asset Description | Date Acquired | Cost | Accumulated Depreciation / Amortization | Depreciation / Amortization through June 2020 | Loss on Disposal | Book Value |
|---|---|---|---|---|---|---|---|
| **Furniture & Fixtures** | | | | | | | |
| Furniture & Fixtures | Old items | | 34,632.00 | 34,632.00 | - | - | - |
| Furniture & Fixtures | Olli Studio | 04/29/15 | 810.86 | 550.25 | 48.27 | 212.34 | - |
| Furniture & Fixtures | PC Richardson | 04/31/15 | 943.48 | 628.99 | 56.16 | 258.33 | - |
| Furniture & Fixtures | IKEA | 05/31/15 | 2,065.82 | 1,377.21 | 122.97 | 565.64 | - |
| Furniture & Fixtures | Blue Dot Design | 05/31/15 | 3,005.18 | 2,003.45 | 178.88 | 822.85 | - |
| Furniture & Fixtures | Crate & Barrel | 07/11/15 | 1,214.61 | 780.82 | 72.30 | 361.49 | - |
| Furniture & Fixtures | Blue Dot Design | 07/30/15 | 3,518.59 | 2,261.95 | 209.44 | 1,047.20 | - |
| Furniture & Fixtures | Blue Dot Design | 11/16/15 | 1,240.14 | 738.18 | 73.82 | 428.14 | - |
| Furniture & Fixtures | Furniture - Peter's Office | 11/30/15 | 975.41 | 580.60 | 58.06 | 336.75 | - |
| Furniture & Fixtures | Rugs and Sofa | 06/14/16 | 8,722.04 | 4,464.85 | 519.17 | 3,738.02 | - |
| Furniture & Fixtures | Lumens (Hall Light Fixtures) | 08/28/16 | 2,250.00 | 1,098.21 | 133.93 | 1,017.86 | - |
| Furniture & Fixtures | Showroom Shelves/Railing | 02/14/17 | 5,240.00 | 2,183.33 | 311.90 | 2,744.77 | - |
| Furniture & Fixtures | Showroom shelves/furniture | 02/28/17 | 4,137.62 | 1,724.01 | 246.29 | 2,167.32 | - |
| Furniture & Fixtures | PMG Showroom - Fixtures | 10/01/17 | 10,845.92 | 3,324.66 | 645.59 | 6,875.67 | - |
| Furniture & Fixtures | PMG Showroom Fixtures - High Country | 10/01/17 | - | - | - | - | - |
| **Furniture & Fixtures Total** | | | **79,601.67** | **56,348.51** | **2,676.78** | **20,576.38** | **-** |
| | | | | | | | |
| **Leasehold Improvements** | | | | | | | |
| Leasehold Improvements | New Space | 05/31/15 | 19,873.18 | 14,393.94 | 526.85 | 4,952.39 | - |
| Leasehold Improvements | Wiring | 05/15/15 | 4,768.88 | 3,454.05 | 126.43 | 1,188.40 | - |
| Leasehold Improvements | Entry dry wall | 07/12/16 | 2,480.00 | 1,539.32 | 90.45 | 850.23 | - |
| Leasehold Improvements | Corridor renovation | 08/02/16 | 1,450.00 | 881.67 | 54.65 | 513.68 | - |
| Leasehold Improvements | Showroom renovation | 08/22/16 | 3,100.00 | 1,884.96 | 116.83 | 1,098.21 | - |
| Leasehold Improvements | Install light fixtures | 08/26/16 | 1,200.00 | 729.66 | 45.22 | 425.12 | - |
| **Leasehold Improvements Total** | | | **32,872.06** | **22,883.60** | **960.43** | **9,028.03** | **-** |

**Asset Value Summary as of July 2020**

| Category | | | Cost | Accumulated Depreciation / Amortization | Depreciation / Amortization through July 2020 | Book Value |
|---|---|---|---|---|---|---|
| Computer Equipment | | | 63,046.96 | 61,579.52 | 1,168.88 | 298.56 |
| Software | | | 50,300.00 | 39,133.33 | 5,433.34 | 5,733.33 |
| Website | | | 211,400.00 | 174,900.00 | 2,027.78 | 34,472.22 |
| Furniture & Fixtures | | | - | - | - | - |
| Leasehold Improvements | | | - | - | - | - |
| **Total** | | | **324,746.96** | **275,612.85** | **8,630.00** | **40,504.11** |

**Notes & Comments**
As of July 31st, the Cushnie et Ochs Brand book had a remaining book balance of $22,500.00; this should have been written off when the company rebranded in 2018. The balance will be written off in August 2020

Statement of Financial Affairs
Attachment for Question #5
Assets sold to Hildun (Part 2)

**Cushnie, LLC**
Wholesale Inventory Value Detail
As of 7/31/2020

| Whse # | Whse Name | Div # | Sea | STYLE | Description | FABRIC | COLOR | COLOR Name | Units In Case | Unit Cost | Cost Type | Units | Dollars | Valuation Percentage | Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000001 | BERGEN LOGISTICS | 01 | F 19 | 319202 | High Neck Bodysuit with Open Back and Cowl | 57 | BLACK | BLACK | | 136.70 | Final | 3 | 410.10 | 50% | 205.05 |
| 000001 | BERGEN LOGISTICS | 01 | F 19 | 319305L | Single Sleeved Mini Dress with Cowl and Tassel Det | 40 | GOLD | GOLD | | 224.09 | Final | 3 | 672.27 | 50% | 336.14 |
| 000001 | BERGEN LOGISTICS | 01 | F 19 | 319705 | Sleeveless Flare Leg Jumpsuit with Charmeuse Panel | 52 | BLACK | BLACK | | 337.19 | Final | 4 | 1,348.76 | 50% | 674.38 |
| 000001 | BERGEN LOGISTICS | 01 | P 19 | 219319 | Sleeveless Pencil Dress with Curved Draped Bodice | 50 | CERIS | CERISE | | 267.00 | Final | 0 | - | 50% | - |
| 000001 | BERGEN LOGISTICS | 01 | S 19 | 119322 | Deep V Pencil Dress with Folded Drape and Open Sle | 42 | CERUL | CERULEAN | | 272.07 | Final | 2 | 544.14 | 50% | 272.07 |
| 000001 | BERGEN LOGISTICS | 01 | P 20 | 220204 | Strapless Corset Top with Structured Peplum | 51 | BLACK | BLACK | | 181.50 | None | 0 | - | 100% | - |
| 000001 | BERGEN LOGISTICS | 01 | P 20 | 220204 | Strapless Corset Top with Structured Peplum | 51 | WHITE | WHITE | | 181.50 | None | 20 | 3,630.00 | 100% | 3,630.00 |
| 000001 | BERGEN LOGISTICS | 01 | P 20 | 220208 | Scoop Neck Tank with Cowl at Back | 41 | LATTE | LATTE | | 137.50 | None | 13 | 1,787.50 | 100% | 1,787.50 |
| 000001 | BERGEN LOGISTICS | 01 | P 20 | 220208 | Scoop Neck Tank with Cowl at Back | 41 | NAVY | NAVY | | 137.50 | None | 1 | 137.50 | 100% | 137.50 |
| 000001 | BERGEN LOGISTICS | 01 | P 20 | 220208 | Scoop Neck Tank with Cowl at Back | 41 | ROSE | ROSE | | 137.50 | None | 0 | - | 100% | - |
| 000001 | BERGEN LOGISTICS | 01 | P 20 | 220208 | Scoop Neck Tank with Cowl at Back | 41 | ROUGE | ROUGE | | 137.50 | None | 1 | 137.50 | 100% | 137.50 |
| 000001 | BERGEN LOGISTICS | 01 | P 20 | 220314 | Sleeveless Scoop Neck Pencil Dress with Structured | 51 | BLACK | BLACK | | 363.00 | None | 18 | 6,534.00 | 100% | 6,534.00 |
| 000001 | BERGEN LOGISTICS | 01 | P 20 | 220314 | Sleeveless Scoop Neck Pencil Dress with Structured | 51 | WHITE | WHITE | | 363.00 | None | 0 | - | 100% | - |
| 000001 | BERGEN LOGISTICS | 01 | P 20 | 220502 | High Waisted Fitted Cropped Pant with Tie at Waist | 51 | BLACK | BLACK | | 174.90 | None | 24 | 4,197.60 | 100% | 4,197.60 |
| 000001 | BERGEN LOGISTICS | 01 | P 20 | 220502 | High Waisted Fitted Cropped Pant with Tie at Waist | 51 | NAVY | NAVY | | 174.90 | None | 4 | 699.60 | 100% | 699.60 |
| 000001 | BERGEN LOGISTICS | 01 | P 20 | 220502 | High Waisted Fitted Cropped Pant with Tie at Waist | 51 | SOLEI | SOLEIL | | 174.90 | None | 0 | - | 100% | - |
| 000001 | BERGEN LOGISTICS | 01 | P 20 | 2208201 | Crew Knit Long Sleeved Floral Jacquard Knit Top | 10 | BLACK | BLACK | | 124.11 | Final | 4 | 496.44 | 100% | 496.44 |
| 000001 | BERGEN LOGISTICS | 01 | P 20 | 2208201 | Crew Knit Long Sleeved Floral Jacquard Knit Top | 10 | LATTE | LATTE | | 124.11 | Final | 35 | 4,343.85 | 100% | 4,343.85 |
| 000001 | BERGEN LOGISTICS | 01 | P 20 | 2208201 | Crew Knit Long Sleeved Floral Jacquard Knit Top | 10 | SBLUE | SKY BLUE | | 124.11 | Final | 1 | 124.11 | 100% | 124.11 |
| 000001 | BERGEN LOGISTICS | 01 | P 20 | 2208201 | Crew Knit Long Sleeved Floral Jacquard Knit Top | 10 | WHITE | WHITE | | 124.11 | Final | 12 | 1,489.32 | 100% | 1,489.32 |
| 000001 | BERGEN LOGISTICS | 01 | P 20 | 2208202 | Crew Neck Sleeveless Floral Jacquard Knit Top | 10 | BLACK | BLACK | | 117.63 | Final | 2 | 235.26 | 100% | 235.26 |
| 000001 | BERGEN LOGISTICS | 01 | P 20 | 2208202 | Crew Neck Sleeveless Floral Jacquard Knit Top | 10 | LATTE | LATTE | | 117.63 | Final | 0 | - | 100% | - |
| 000001 | BERGEN LOGISTICS | 01 | P 20 | 2208202 | Crew Neck Sleeveless Floral Jacquard Knit Top | 10 | ROUGE | ROUGE | | 117.63 | Final | 3 | 352.89 | 100% | 352.89 |
| 000001 | BERGEN LOGISTICS | 01 | P 20 | 2208202 | Crew Neck Sleeveless Floral Jacquard Knit Top | 10 | SBLUE | SKY BLUE | | 117.63 | Final | 3 | 352.89 | 100% | 352.89 |
| 000001 | BERGEN LOGISTICS | 01 | P 20 | 2208204 | Mock Neck Knit Top with Sheer Yoke and Sheer Strip | 10 | BLACK | BLACK | | 99.89 | Final | 12 | 1,198.68 | 100% | 1,198.68 |
| 000001 | BERGEN LOGISTICS | 01 | P 20 | 2208204 | Mock Neck Knit Top with Sheer Yoke and Sheer Strip | 10 | WHITE | WHITE | | 99.89 | Final | 0 | - | 100% | - |
| 000001 | BERGEN LOGISTICS | 01 | P 20 | 2208205 | Crew Knit Crop Top with Sheer Striped Sleeves | 10 | SOLEI | SOLEIL | | 91.65 | Final | 3 | 274.95 | 100% | 274.95 |
| 000001 | BERGEN LOGISTICS | 01 | P 20 | 2208205 | Crew Knit Crop Top with Sheer Striped Sleeves | 10 | WHITE | WHITE | | 91.65 | Final | 8 | 733.20 | 100% | 733.20 |
| 000001 | BERGEN LOGISTICS | 01 | P 20 | 2208301 | Short Sleeved Rounded Square Neck Floral Jacquard | 10 | BLACK | BLACK | | 161.68 | Final | 2 | 323.36 | 100% | 323.36 |
| 000001 | BERGEN LOGISTICS | 01 | P 20 | 2208301 | Short Sleeved Rounded Square Neck Floral Jacquard | 10 | ROUGE | ROUGE | | 161.68 | Final | 7 | 1,131.76 | 100% | 1,131.76 |
| 000001 | BERGEN LOGISTICS | 01 | P 20 | 2208303 | Mock Neck Sleeveless Floral Jacquard Knit Mini Dre | 10 | BLACK | BLACK | | 163.65 | Final | 32 | 5,236.80 | 100% | 5,236.80 |
| 000001 | BERGEN LOGISTICS | 01 | P 20 | 2208303 | Mock Neck Sleeveless Floral Jacquard Knit Mini Dre | 10 | LATTE | LATTE | | 163.65 | Final | 52 | 8,509.80 | 100% | 8,509.80 |
| 000001 | BERGEN LOGISTICS | 01 | P 20 | 2208304 | Off the Shoulder Knit Pencil Dress with Sheer Stri | 10 | BLACK | BLACK | | 118.29 | Final | 0 | - | 100% | - |
| 000001 | BERGEN LOGISTICS | 01 | P 20 | 2208304 | Off the Shoulder Knit Pencil Dress with Sheer Stri | 10 | WHITE | WHITE | | 118.29 | Final | 0 | - | 100% | - |
| 000001 | BERGEN LOGISTICS | 01 | P 20 | 2208305 | Rounded Square Neck Knit Mini Dress with Sheer Str | 10 | BLACK | BLACK | | 104.48 | Final | 7 | 731.36 | 100% | 731.36 |
| 000001 | BERGEN LOGISTICS | 01 | P 20 | 2208305 | Rounded Square Neck Knit Mini Dress with Sheer Str | 10 | ROUGE | ROUGE | | 104.48 | Final | 12 | 1,253.76 | 100% | 1,253.76 |
| 000001 | BERGEN LOGISTICS | 01 | P 20 | 2208305 | Rounded Square Neck Knit Mini Dress with Sheer Str | 10 | WHITE | WHITE | | 104.48 | Final | 2 | 208.96 | 100% | 208.96 |
| 000001 | BERGEN LOGISTICS | 01 | P 20 | 2208306 | Rounded Square Neck Knit Pencil Dress with Sheer S | 10 | BLACK | BLACK | | 154.40 | Final | 12 | 1,852.80 | 100% | 1,852.80 |
| 000001 | BERGEN LOGISTICS | 01 | P 20 | 2208306W | Rounded Square Neck Knit Pencil Dress with Sheer S | 10 | BLACK | BLACK | | 154.40 | Final | 38 | 5,867.20 | 100% | 5,867.20 |
| 000001 | BERGEN LOGISTICS | 01 | R 20 | 420206 | Strapless Bustier Top with Fold Detail at Bodice | 51 | WHITE | WHITE | | 107.22 | Final | 4 | 428.88 | 50% | 214.44 |
| 000001 | BERGEN LOGISTICS | 01 | R 20 | 420207 | One Shoulder Fitted Top with Draped Sleeve | 41 | BLACK | BLACK | | 127.77 | Final | 4 | 511.08 | 50% | 255.54 |
| 000001 | BERGEN LOGISTICS | 01 | R 20 | 420207V | One Shoulder Fitted Top with Draped Sleeve | 11 | BLACK | BLACK | | 131.80 | Final | 1 | 131.80 | 50% | 65.90 |
| 000001 | BERGEN LOGISTICS | 01 | R 20 | 420218 | High Neck Sleeveless Bodysuit with Open Back | 57 | BLACK | BLACK | | 96.95 | Final | 5 | 484.75 | 50% | 242.38 |
| 000001 | BERGEN LOGISTICS | 01 | R 20 | 420303V | Sleeveless Mini A Line Dress with Velvet Co | 41 | BLACK | BLACK | | 281.18 | Final | 1 | 281.18 | 50% | 140.59 |
| 000001 | BERGEN LOGISTICS | 01 | R 20 | 420310 | Sleeveless Plunging Dress with Draped Bodice and H | 41 | GOLD | GOLD | | 204.48 | Final | 1 | 204.48 | 50% | 102.24 |
| 000001 | BERGEN LOGISTICS | 01 | R 20 | 420314 | Sleeveless Halter Neck Plunging Mini Dress with Ca | 41 | BLACK | BLACK | | 184.78 | Final | 0 | - | 50% | - |
| 000001 | BERGEN LOGISTICS | 01 | R 20 | 420315 | Strapless Bustier Mini Dress with Fold Detail at B | 51 | BLACK | BLACK | | 166.85 | Final | 4 | 667.40 | 50% | 333.70 |
| 000001 | BERGEN LOGISTICS | 01 | R 20 | 420402 | High Waisted Midi Length Skirt with Pleated Chiffo | 54 | BLACK | BLACK | | 164.18 | Final | 6 | 985.08 | 50% | 492.54 |
| 000001 | BERGEN LOGISTICS | 01 | R 20 | 420402 | High Waisted Midi Length Skirt with Pleated Chiffo | 54 | WHITE | WHITE | | 164.18 | Final | 4 | 656.72 | 50% | 328.36 |
| 000001 | BERGEN LOGISTICS | 01 | R 20 | 420404 | High Waisted Two Color Skirt with Asymmetrical Hig | 54 | SILVE | SILVER | | 123.86 | Final | 1 | 123.86 | 50% | 61.93 |
| 000001 | BERGEN LOGISTICS | 01 | R 20 | 420503 | High Waisted Wide Leg Pant with Fold Over and Butt | 41 | CAMEL | CAMEL | | 161.76 | Final | 2 | 323.52 | 50% | 161.76 |
| 000001 | BERGEN LOGISTICS | 01 | R 20 | 420601 | Belted Trench Coat with Fold Over Detail at Sides | 41 | CAMEL | CAMEL | | 354.78 | Final | 2 | 709.56 | 50% | 354.78 |
| 000001 | BERGEN LOGISTICS | 01 | R 20 | 4208204 | Strapless Fitted Knit Top | 10 | WHITE | WHITE | | 93.58 | Final | 3 | 280.74 | 50% | 140.37 |
| 000001 | BERGEN LOGISTICS | 01 | R 20 | 4208205 | Mock Neck Long Sleeved Knit Top w/ Sheer Insert | 10 | CAMEL | CAMEL | | 131.41 | Final | 2 | 262.82 | 50% | 131.41 |
| 000001 | BERGEN LOGISTICS | 01 | R 20 | 4208301 | Off the Shoulder Rib Knit Pencil Dress with Volumi | 10 | WHITE | WHITE | | 264.45 | Final | 1 | 264.45 | 50% | 132.23 |

**Cushnie, LLC**
Wholesale Inventory Value Detail
As of 7/31/2020

| Whse # | Whse Name | Div # | Sea | STYLE | Description | FABRIC | COLOR | COLOR Name | Units In Case | Unit Cost | Cost Type | Units | Dollars | Valuation Percentage | Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000001 | BERGEN LOGISTICS | 01 | R 20 | 4208305 | Sleeveless Midi Length Fit and Flare Knit Dress | 10 | CAMEL | CAMEL | | 165.23 | Final | 2 | 330.46 | 50% | 165.23 |
| 000001 | BERGEN LOGISTICS | 01 | R 20 | 4208305 | Sleeveless Midi Length Fit and Flare Knit Dress | 10 | WHITE | WHITE | | 165.23 | Final | 1 | 165.23 | 50% | 82.62 |
| 000001 | BERGEN LOGISTICS | 01 | S 20 | 119504 | High Waisted Wide Leg Pant | 41 | BLACK | BLACK | | 150.40 | Final | 0 | - | 50% | - |
| 000001 | BERGEN LOGISTICS | 01 | S 20 | 119504 | High Waisted Wide Leg Pant | 41 | DUNE | DUNE | | 150.40 | Final | 3 | 451.20 | 50% | 225.60 |
| 000001 | BERGEN LOGISTICS | 01 | S 20 | 119504 | High Waisted Wide Leg Pant | 41 | WHITE | WHITE | | 150.40 | Final | 0 | - | 50% | - |
| 000001 | BERGEN LOGISTICS | 01 | S 20 | 119504 | High Waisted Wide Leg Pant | 42 | ROSEG | ROSE GOLD | | 153.20 | Final | 2 | 306.40 | 50% | 153.20 |
| 000001 | BERGEN LOGISTICS | 01 | S 20 | 120101 | Double Breasted Jacket with Chiffon Sleeves & Back | 41 | DUNE | DUNE | | 279.71 | Final | 5 | 1,398.55 | 50% | 699.28 |
| 000001 | BERGEN LOGISTICS | 01 | S 20 | 120101 | Double Breasted Jacket with Chiffon Sleeves & Back | 41 | WHITE | WHITE | | 279.71 | Final | 0 | - | 50% | - |
| 000001 | BERGEN LOGISTICS | 01 | S 20 | 120202 | Asymmetrical Draped Tank | 41 | PRLBL | PEARL BLUE | | 88.86 | Final | 0 | - | 50% | - |
| 000001 | BERGEN LOGISTICS | 01 | S 20 | 120206 | Long Sleeved One Shoulder Draped Top | 49 | BLACK | BLACK | | 116.95 | Final | 1 | 116.95 | 50% | 58.48 |
| 000001 | BERGEN LOGISTICS | 01 | S 20 | 120206 | Long Sleeved One Shoulder Draped Top | 49 | ROSEG | ROSE GOLD | | 116.95 | Final | 9 | 1,052.55 | 50% | 526.28 |
| 000001 | BERGEN LOGISTICS | 01 | S 20 | 120206 | Long Sleeved One Shoulder Draped Top | 49 | WHITE | WHITE | | 116.95 | Final | 12 | 1,403.40 | 50% | 701.70 |
| 000001 | BERGEN LOGISTICS | 01 | S 20 | 120210 | Sleeveless Cascading Tunic with Charmeuse Panel | 54 | WHITE | WHITE | | 171.72 | Final | 0 | - | 50% | - |
| 000001 | BERGEN LOGISTICS | 01 | S 20 | 120213 | Off the Shoulder Fitted Top with Silk Tulle Overla | 54 | BLACK | BLACK | | 134.78 | Final | 0 | - | 50% | - |
| 000001 | BERGEN LOGISTICS | 01 | S 20 | 120301P | V Neck Slip Dress with Asymmetrical Style Lines an | 50 | WMPSG | WATER MARBLE PRINT/SEA GREEN | | 253.31 | Final | 0 | - | 50% | - |
| 000001 | BERGEN LOGISTICS | 01 | S 20 | 120309 | Sleeveless Pencil Dress with Open Back and Folded | 41 | PRLBL | PEARL BLUE | | 215.95 | Final | 1 | 215.95 | 50% | 107.98 |
| 000001 | BERGEN LOGISTICS | 01 | S 20 | 120318 | One Shoulder Mini Dress with Cowl and Crystal Chai | 41 | DUNE | DUNE | | 265.69 | Final | 1 | 265.69 | 50% | 132.85 |
| 000001 | BERGEN LOGISTICS | 01 | S 20 | 120325 | Sleeveless Pencil Dress with Crystal Chain Straps | 51 | BLACK | BLACK | | 198.65 | Final | 5 | 993.25 | 50% | 496.63 |
| 000001 | BERGEN LOGISTICS | 01 | S 20 | 120401 | High Waisted Sheer Skirt with Iridescent Paillette | 13 | PRLBL | PEARL BLUE | | 247.94 | Final | 0 | - | 50% | - |
| 000001 | BERGEN LOGISTICS | 01 | S 20 | 120705 | Sleeveless Plunging Flare Leg Jumpsuit with Twiste | 52 | WHITE | WHITE | | 298.84 | Final | 1 | 298.84 | 50% | 149.42 |
| 000001 | BERGEN LOGISTICS | 01 | S 20 | 1208306 | Scoop Neck Sleeveless Knit Dress with Racerback an | 10 | NVYIR | NAVY IRIDESCENT | | 161.24 | Final | 8 | 1,289.92 | 50% | 644.96 |
| 000001 | BERGEN LOGISTICS | 01 | S 20 | 1208306 | Scoop Neck Sleeveless Knit Dress with Racerback an | 10 | SFMIR | SEAFOAM IRIDESCENT | | 161.24 | Final | 2 | 322.48 | 50% | 161.24 |
| 000001 | BERGEN LOGISTICS | 01 | S 20 | 1208307 | Sleeveless V Neck Knit Dress with Lace Detail at S | 10 | ROSEG | ROSE GOLD | | 159.05 | Final | 2 | 318.10 | 50% | 159.05 |
| 000001 | BERGEN LOGISTICS | 05 | F 19 | 319BR303G | Long Sleeved Deep V Gown with Twist at Neck | 57 | WHITE | WHITE | | 1,113.12 | Final | 1 | 1,113.12 | 100% | 1,113.12 |
| 000001 | BERGEN LOGISTICS | 05 | F 19 | 319BR304G | Open Back Cape Sleeved Gown with Train | 52 | WHITE | WHITE | | 903.67 | Final | 1 | 903.67 | 100% | 903.67 |
| 000001 | BERGEN LOGISTICS | 05 | F 19 | 319BR306G | Strapless Pointed Bodice Gown with Thigh Slit and | 52 | WHITE | WHITE | | 860.14 | Final | 1 | 860.14 | 100% | 860.14 |
| 000001 | BERGEN LOGISTICS | 05 | F 19 | 319BR701 | Cropped Fitted Lace Jumpsuit with Kimono Sleeves | 19 | WHITE | WHITE | | 549.31 | Final | 1 | 549.31 | 100% | 549.31 |
| 000009 | Consignment Warehouse | 01 | F 18 | 317505 | High Waisted Pant with Exaggerated Flare Leg | 54 | BLACK | BLACK | | 155.85 | Final | 1 | 155.85 | 50% | 77.93 |
| 000009 | Consignment Warehouse | 01 | F 18 | 318216 | Long Sleeved Jersey Top with Curved Cut Out at Lef | 53 | DUNE | DUNE | | 100.20 | Final | 1 | 100.20 | 50% | 50.10 |
| 000009 | Consignment Warehouse | 01 | F 18 | 318219 | Sleeveless Tank with Square Neckline | 43 | FCHSA | FUCHSIA | | 104.34 | Final | 1 | 104.34 | 50% | 52.17 |
| 000009 | Consignment Warehouse | 01 | F 18 | 318219 | Sleeveless Tank with Square Neckline | 43 | WHITE | WHITE | | 104.34 | Final | 2 | 208.68 | 50% | 104.34 |
| 000009 | Consignment Warehouse | 01 | F 18 | 318301G | One Shoulder Column Gown with Fragmented Curved Em | 41 | BLACK | BLACK | | 479.19 | Final | 2 | 958.38 | 50% | 479.19 |
| 000009 | Consignment Warehouse | 01 | F 18 | 318322 | Halter Neck Pencil Dress with Chiffon Sleeves | 42 | FCHSA | FUCHSIA | | 260.25 | Final | 1 | 260.25 | 50% | 130.13 |
| 000009 | Consignment Warehouse | 01 | F 18 | 4188306 | One Shoulder Mock Neck Mini Flare Dress | 10 | DUNE | DUNE | | 143.38 | Final | 2 | 286.76 | 50% | 143.38 |
| 000009 | Consignment Warehouse | 01 | P 18 | 218501 | High Waisted Cropped Pant with Vertical Linework E | 13 | NVYMU | NAVY/MULTI | | 327.43 | Final | 3 | 982.29 | 50% | 491.15 |
| 000009 | Consignment Warehouse | 01 | P 18 | 218508 | Two Color Wide Leg Pant | 42 | BLWHT | BLACK/WHITE | | 203.67 | Final | 1 | 203.67 | 50% | 101.84 |
| 000009 | Consignment Warehouse | 01 | S 18 | 118325 | Strapless Mini Dress with Short Voluminous Sleeves | 50 | NAVY | NAVY | | 195.69 | Final | 1 | 195.69 | 50% | 97.85 |
| 000009 | Consignment Warehouse | 01 | F 19 | 319204 | High Neck Billowing Sleeve Blouse with Chiffon Bac | 11 | PLUM | PLUM | | 135.45 | Final | 1 | 135.45 | 50% | 67.73 |
| 000009 | Consignment Warehouse | 01 | F 19 | 319209 | Halter Neck Plunging Tank with Drape at Front | 40 | GOLD | GOLD | | 126.11 | Final | 3 | 378.33 | 50% | 189.17 |
| 000009 | Consignment Warehouse | 01 | F 19 | 319305L | Single Sleeved Mini Dress with Cowl and Tassel Det | 40 | GOLD | GOLD | | 224.09 | Final | 4 | 896.36 | 50% | 448.18 |
| 000009 | Consignment Warehouse | 01 | F 19 | 319704 | One Shoulder Fitted Cropped Jumpsuit with Drape at | 51 | VRMLN | VERMILION | | 341.21 | Final | 4 | 1,364.84 | 50% | 682.42 |
| 000009 | Consignment Warehouse | 01 | P 19 | 219201 | Strapless Corset Top with Peplum and Tulle Overlay | 54 | BLACK | BLACK | | 116.14 | Final | 2 | 232.28 | 50% | 116.14 |
| 000009 | Consignment Warehouse | 01 | P 19 | 219205 | Button Down Blouse with Pleated Tulle Voluminous S | 45 | BLACK | BLACK | | 126.49 | Final | 12 | 1,517.88 | 50% | 758.94 |
| 000009 | Consignment Warehouse | 01 | P 19 | 219215 | One Shoulder Short Sleeved Tunic with Asymmetrical | 54 | BLACK | BLACK | | 147.58 | Final | 1 | 147.58 | 50% | 73.79 |
| 000009 | Consignment Warehouse | 01 | P 19 | 219215 | One Shoulder Short Sleeved Tunic with Asymmetrical | 54 | NAVY | NAVY | | 147.58 | Final | 1 | 147.58 | 50% | 73.79 |
| 000009 | Consignment Warehouse | 01 | P 19 | 219302 | Color Block Long Sleeved Dress with Waist Tie and | 42 | TLNAG | TAN LEOPARD/NAVY/ANTIQUE GOLD | | 298.74 | Final | 3 | 896.22 | 50% | 448.11 |
| 000009 | Consignment Warehouse | 01 | P 19 | 219313 | Off the Shoulder Single Sleeved Mini Dress with Ga | 50 | CERIS | CERISE | | 264.79 | Final | 1 | 264.79 | 50% | 132.40 |
| 000009 | Consignment Warehouse | 01 | P 19 | 219313 | Off the Shoulder Single Sleeved Mini Dress with Ga | 50 | INDIG | INDIGO | | 264.79 | Final | 2 | 529.58 | 50% | 264.79 |
| 000009 | Consignment Warehouse | 01 | P 19 | 219405 | High Waisted Midi Length Skirt with Asymmetrical P | 45 | TLNAG | TAN LEOPARD/NAVY/ANTIQUE GOLD | | 226.38 | Final | 2 | 452.76 | 50% | 226.38 |
| 000009 | Consignment Warehouse | 01 | P 19 | 219502S | High Waisted Slightly Flared Pant with Slit at Hem | 52 | BLACK | BLACK | | 168.67 | Final | 1 | 168.67 | 50% | 84.34 |
| 000009 | Consignment Warehouse | 01 | P 19 | 219506 | High Waisted Cropped Fitted Pant with Pleats at Si | 50 | BLACK | BLACK | | 140.27 | Final | 2 | 280.54 | 50% | 140.27 |
| 000009 | Consignment Warehouse | 01 | P 19 | 2198202 | Sleeveless Cropped Knit Top with V at Back | 50 | BLACK | BLACK | | 74.63 | Final | 1 | 74.63 | 50% | 37.32 |
| 000009 | Consignment Warehouse | 01 | P 19 | 318204 | Long Sleeved Deep V Blouson Style Bodysuit | 54 | TNLEO | TAN LEOPARD | | 130.28 | Final | 17 | 2,214.76 | 50% | 1,107.38 |
| 000009 | Consignment Warehouse | 01 | R 19 | 419210 | Cold Shoulder Top with Billowing Sleeves and Drape | 54 | CMLLA | CAMELLIA | | 123.06 | Final | 1 | 123.06 | 50% | 61.53 |
| 000009 | Consignment Warehouse | 01 | R 19 | 419303G | Sleeveless Gown with Draped Double Georgette Combo | 42 | PEONY | PEONY | | 430.44 | Final | 1 | 430.44 | 50% | 215.22 |
| 000009 | Consignment Warehouse | 01 | R 19 | 419307 | Sleeveless Pencil Dress with Front Cowl and Drippi | 41 | DKOLV | DARK OLIVE | | 285.17 | Final | 4 | 1,140.68 | 50% | 570.34 |

**Cushnie, LLC**
Wholesale Inventory Value Detail
As of 7/31/2020

| Whse # | Whse Name | Div # | Sea | STYLE | Description | FABRIC | COLOR | COLOR Name | Units In Case | Unit Cost | Cost Type | Units | Dollars | Valuation Percentage | Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000009 | Consignment Warehouse 01 | R 19 | | 419322 | Sleeveless Wrap Around Dress with Front Cowl and C | 41 | BLACK | BLACK | | 238.20 | Final | 1 | 238.20 | 50% | 119.10 |
| 000009 | Consignment Warehouse 01 | R 19 | | 4198206 | Long Sleeved Mock Neck Cable Knit Sweater | 50 | WHITE | WHITE | | 158.89 | Final | 1 | 158.89 | 50% | 79.45 |
| 000009 | Consignment Warehouse 01 | S 19 | | 119211 | Fitted Top with Long, Sheer Billowing Sleeves | 54 | BLACK | BLACK | | 153.36 | Final | 1 | 153.36 | 50% | 76.68 |
| 000009 | Consignment Warehouse 01 | S 19 | | 119220 | Long Sleeved Button Down Blouse | 46 | COLAC | COLA CHAMPAGNE | | 136.11 | Final | 4 | 544.44 | 50% | 272.22 |
| 000009 | Consignment Warehouse 01 | S 19 | 119303G | | Sleeveless Gown with Blouson Top and Rib Trim at N | 42 | FCHSA | FUCHSIA | | 559.38 | Final | 1 | 559.38 | 50% | 279.69 |
| 000009 | Consignment Warehouse 01 | S 19 | | 119308 | Sleeveless Mini Dress with Open Back and Rib Trim | 41 | JADE | JADE | | 220.87 | Final | 1 | 220.87 | 50% | 110.44 |
| 000009 | Consignment Warehouse 01 | S 19 | | 119324 | Off the Shoulder Slip Dress with Cascading Skirt w | 41 | CERUL | CERULEAN | | 228.30 | Final | 1 | 228.30 | 50% | 114.15 |
| 000009 | Consignment Warehouse 01 | S 19 | | 119324 | Off the Shoulder Slip Dress with Cascading Skirt w | 46 | COLAC | COLA CHAMPAGNE | | 228.30 | Final | 1 | 228.30 | 50% | 114.15 |
| 000009 | Consignment Warehouse 01 | S 19 | | 119502 | High Waisted Wide Leg Pant with Pleats at Front an | 42 | JDCER | JADE/CERULEAN | | 213.88 | Final | 1 | 213.88 | 50% | 106.94 |
| 000009 | Consignment Warehouse 01 | S 19 | | 1198208 | Racer Cut Knit Tank | 10 | JADE | JADE | | 98.45 | Final | 1 | 98.45 | 50% | 49.23 |
| 000009 | Consignment Warehouse 01 | S 19 | | 1198302 | Sleeveless Midi Length Knit Dress with Tiered Frin | 06 | WHTMU | WHITE MULTI | | 134.04 | Final | 1 | 134.04 | 50% | 67.02 |
| 000009 | Consignment Warehouse 01 | R 20 | | 117338 | Color Blocked One Shoulder Pencil Dress | 54 | NVYWH | NAVY/WHITE | | 200.87 | Final | 1 | 200.87 | 50% | 100.44 |
| 000009 | Consignment Warehouse 01 | R 20 | 117338W | | Color Blocked One Shoulder Pencil Dress | 54 | NVYWH | NAVY/WHITE | | 314.25 | Final | 1 | 314.25 | 50% | 157.13 |
| 000009 | Consignment Warehouse 01 | R 20 | | 420206 | Strapless Bustier Top with Fold Detail at Bodice | 51 | BLACK | BLACK | | 107.22 | Final | 2 | 214.44 | 50% | 107.22 |
| 000009 | Consignment Warehouse 01 | R 20 | | 420217 | Strapless Cropped Top with Voluminous Short Sleeve | 54 | WHITE | WHITE | | 138.62 | Final | 8 | 1,108.96 | 50% | 554.48 |
| 000009 | Consignment Warehouse 01 | R 20 | 420301G | | Sleeveless Column Gown with Criss Cross Panels in | 51 | BLACK | BLACK | | 314.20 | Final | 1 | 314.20 | 50% | 157.10 |
| 000009 | Consignment Warehouse 01 | R 20 | | 420313 | Long Sleeved Plunging Dress with Twist Detail and | 02 | CAMEL | CAMEL | | 291.49 | Final | 1 | 291.49 | 50% | 145.75 |
| 000009 | Consignment Warehouse 01 | R 20 | | 420505 | High Waisted Flar Pant with Chiffon Pleated Insert | 54 | BLACK | BLACK | | 154.15 | Final | 3 | 462.45 | 50% | 231.23 |
| 000009 | Consignment Warehouse 01 | R 20 | | 420706 | Strapless Wide Leg Sheer Jumpsuit with Pleats | 48 | CELER | CELERY | | 281.89 | Final | 7 | 1,973.23 | 50% | 986.62 |
| 000009 | Consignment Warehouse 01 | S 20 | | 119324 | Off the Shoulder Slip Dress with Cascading Skirt w | 41 | SEAGR | SEA GREEN | | 199.94 | Final | 3 | 599.82 | 50% | 299.91 |
| 000009 | Consignment Warehouse 01 | S 20 | | 120202 | Asymmetrical Draped Tank | 43 | PRLBL | PEARL BLUE | | 88.86 | Final | 2 | 177.72 | 50% | 88.86 |
| 000009 | Consignment Warehouse 01 | S 20 | 120301P | | V Neck Slip Dress with Asymmetrical Style Lines an | 50 | WMPSG | WATER MARBLE PRINT/SEA GREEN | | 253.31 | Final | 2 | 506.62 | 50% | 253.31 |
| 000009 | Consignment Warehouse 01 | S 20 | | 120309 | Sleeveless Pencil Dress with Open Back and Folded | 41 | PRLBL | PEARL BLUE | | 215.95 | Final | 0 | - | 50% | - |
| 000009 | Consignment Warehouse 01 | S 20 | | 120401 | High Waisted Sheer Skirt with Iridescent Paillette | 13 | PRLBL | PEARL BLUE | | 247.94 | Final | 0 | - | 50% | - |
| 000009 | Consignment Warehouse 01 | S 20 | | 1208306 | Scoop Neck Sleeveless Knit Dress with Racerback an | 10 | SFMIR | SEAFOAM IRIDESCENT | | 161.24 | Final | 2 | 322.48 | 50% | 161.24 |
| 000009 | Consignment Warehouse 04 | S 18 | 118SH103 | | Liam Flat with Intertwining Strap Detail | 410 | BLACK | BLACK | | 129.64 | Final | 1 | 129.64 | 50% | 64.82 |
| 000009 | Consignment Warehouse 04 | S 18 | 118SH305 | | Marcel Calfskin Mule with Triangle Cut Outs | 401 | WHITE | WHITE | | 148.12 | Final | 1 | 148.12 | 50% | 74.06 |
| 000009 | Consignment Warehouse 04 | S 18 | 118SH901 | | Emilio Mesh/Suede Over the Knee Boot | 403 | BLACK | BLACK | | 202.24 | Final | 1 | 202.24 | 50% | 101.12 |
| **TOTAL** | | | | | | | | | | | | | | | **76,676.20** |

**Cushnie, LLC**
Ecommerce Inventory Value Detail
As of 7/31/2020

| Whse # | Whse Name | Div # | Sea | STYLE | Description | FABRIC | COLOR | COLOR Name | Units In Case | Unit Cost | Cost Type | Units | Dollars | Valuation Percentage | Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000003 | E-Comm War01 | P 17 | | 313407 | Fit & Flare Skirt | 06 | WHITE | WHITE | | 143.05 | Final | 0 | - | 50% | - |
| 000003 | E-Comm War01 | R 17 | | 417333 | Power Viscose Side Laced Fit & Flare Dress | 02 | LPINK | Light Pink | | 209.77 | Final | 4 | 839.08 | 50% | 419.54 |
| 000003 | E-Comm War01 | R 17 | | 417702 | Stretch Crinkle Lace-Up Jumpsuit | 12 | BLACK | BLACK | | 182.71 | Final | 1 | 182.71 | 50% | 91.36 |
| 000003 | E-Comm War01 | F 18 | | 318204 | Long Sleeved Deep V Blouson Style Bodysuit | 41 | PGRAY | PEARL GRAY | | 135.18 | Final | 1 | 135.18 | 50% | 67.59 |
| 000003 | E-Comm War01 | F 18 | | 318324 | Sleeveless Mini Dress with Asymmetrical Straps and | 41 | MAUVE | MAUVE | | 205.53 | Final | 1 | 205.53 | 50% | 102.77 |
| 000003 | E-Comm War01 | F 18 | | 3188304 | Long Sleeved Crew Neck Mini Knit Dress with Sheer | 10 | WHTWH | WHITE/WHITE | | 148.64 | Final | 1 | 148.64 | 50% | 74.32 |
| 000003 | E-Comm War01 | P 18 | | 218304G | Sleeveless Column Gown with Dual 2-Way Zipper Clos | 51 | POPPY | POPPY | | 338.32 | Final | 1 | 338.32 | 50% | 169.16 |
| 000003 | E-Comm War01 | P 18 | | 218506 | High Waisted Flare Pant with D Ring Buckle Detail | 55 | BLACK | BLACK | | 161.75 | Final | 2 | 323.50 | 50% | 161.75 |
| 000003 | E-Comm War01 | R 18 | | 418216 | Eclipse Beaded Tank with Ring Detail at Back | 12 | WHTMU | WHITE/MULTI | | 143.64 | Final | 2 | 287.28 | 50% | 143.64 |
| 000003 | E-Comm War01 | R 18 | | 418220 | Off the Shoulder Halter Top with Side Drawstring D | 12 | QUART | QUARTZ | | 122.06 | Final | 1 | 122.06 | 50% | 61.03 |
| 000003 | E-Comm War01 | R 18 | | 418312 | Long Sleeved Dress with Celestial Ring at Bodice | 12 | AUBSL | AUBURN/SILVER | | 223.26 | Final | 4 | 893.04 | 50% | 446.52 |
| 000003 | E-Comm War01 | S 18 | | 118210 | Strapless Crop Top with Blouson Sleeves | 51 | WHITE | WHITE | | 119.22 | Final | 1 | 119.22 | 50% | 59.61 |
| 000003 | E-Comm War01 | F 19 | | 319209 | Halter Neck Plunging Tank with Drape at Front | 43 | WHITE | WHITE | | 124.27 | Final | 4 | 497.08 | 50% | 248.54 |
| 000003 | E-Comm War01 | F 19 | | 319301 | Long Sleeved Pencil Dress with Open Back and Cowl | 50 | BSIEN | BURNT SIENNA | | 252.48 | Final | 1 | 252.48 | 50% | 126.24 |
| 000003 | E-Comm War01 | F 19 | 319303G | | Off the Shoulder Draped Sleeveless Gown with Train | 41 | PLUM | PLUM | | 341.17 | Final | 1 | 341.17 | 50% | 170.59 |
| 000003 | E-Comm War01 | F 19 | | 319305 | Single Sleeved Mini Dress with Cowl and Tassel Det | 40 | PLUM | PLUM | | 213.27 | Final | 1 | 213.27 | 50% | 106.64 |
| 000003 | E-Comm War01 | F 19 | | 319306 | Sleeveless Pencil Dress with Fractured Diamond Emb | 51 | PLUM | PLUM | | 310.82 | Final | 2 | 621.64 | 50% | 310.82 |
| 000003 | E-Comm War01 | F 19 | | 319324 | Plunging Long Sleeved Blouson Mini Dress | 11 | ULTMN | ULTRAMARINE | | 278.20 | Final | 2 | 556.40 | 50% | 278.20 |
| 000003 | E-Comm War01 | F 19 | | 319501 | High Waisted Wide Leg Pant with Waist Tie and Tass | 42 | NAVY | NAVY | | 218.17 | Final | 1 | 218.17 | 50% | 109.09 |
| 000003 | E-Comm War01 | F 19 | | 319701 | Sleeveless Fitted Cropped Jumpsuit with Wraparound | 52 | BLACK | BLACK | | 251.64 | Final | 0 | - | 50% | - |
| 000003 | E-Comm War01 | F 19 | | 319701 | Sleeveless Fitted Cropped Jumpsuit with Wraparound | 52 | LILAC | LILAC | | 251.64 | Final | 1 | 251.64 | 50% | 125.82 |
| 000003 | E-Comm War01 | F 19 | | 3198204 | Long Sleeved Turtle Neck Sweater with Horseshoe Ca | 50 | WDRSE | WOODROSE | | 127.98 | Final | 1 | 127.98 | 50% | 63.99 |
| 000003 | E-Comm War01 | F 19 | | 3198305 | Mock Neck Sleeveless Knit Pencil Dress | 10 | BLACK | BLACK | | 136.70 | Final | 2 | 273.40 | 50% | 136.70 |
| 000003 | E-Comm War01 | P 19 | | 219101 | Fitted Double Breasted Jacket with Three Quarter L | 52 | BLACK | BLACK | | 296.19 | Final | 2 | 592.38 | 50% | 296.19 |
| 000003 | E-Comm War01 | P 19 | | 219101 | Fitted Double Breasted Jacket with Three Quarter L | 52 | PWBLU | POWDER BLUE | | 296.19 | Final | 3 | 888.57 | 50% | 444.29 |
| 000003 | E-Comm War01 | P 19 | | 219203 | One Shoulder Long Sleeved Top with Pleated Volumin | 54 | BLACK | BLACK | | 176.02 | Final | 9 | 1,584.18 | 50% | 792.09 |
| 000003 | E-Comm War01 | P 19 | | 219205 | Button Down Blouse with Pleated Tulle Voluminous S | 45 | BLACK | BLACK | | 126.49 | Final | 1 | 126.49 | 50% | 63.25 |
| 000003 | E-Comm War01 | P 19 | | 219213 | One Shoulder Single Sleeved Top with Asymmetrical | 43 | AGOLD | ANTIQUE GOLD | | 151.56 | Final | 2 | 303.12 | 50% | 151.56 |
| 000003 | E-Comm War01 | P 19 | | 219215 | One Shoulder Short Sleeved Tunic with Asymmetrical | 54 | WHITE | WHITE | | 147.58 | Final | 1 | 147.58 | 50% | 73.79 |
| 000003 | E-Comm War01 | P 19 | | 219302 | Color Block Long Sleeved Dress with Waist Tie and | 42 | TLNAG | TAN LEOPARD/NAVY/ANTIQUE GOLD | | 298.74 | Final | 2 | 597.48 | 50% | 298.74 |
| 000003 | E-Comm War01 | P 19 | | 219308 | Sleeveless Mini Halter Dress with Front Cowl and A | 50 | NAVY | NAVY | | 216.46 | Final | 2 | 432.92 | 50% | 216.46 |
| 000003 | E-Comm War01 | P 19 | | 219309 | Mini Dress with Pleated Tulle Voluminous Sleeves | 52 | BLACK | BLACK | | 207.79 | Final | 1 | 207.79 | 50% | 103.90 |
| 000003 | E-Comm War01 | P 19 | | 219315 | Halter Neck Low Back Pencil Dress with Front Slit | 57 | AGOLD | ANTIQUE GOLD | | 250.98 | Final | 1 | 250.98 | 50% | 125.49 |
| 000003 | E-Comm War01 | P 19 | | 219319 | Sleeveless Pencil Dress with Curved Draped Bodice | 50 | CERIS | CERISE | | 267.00 | Final | 7 | 1,869.00 | 50% | 934.50 |
| 000003 | E-Comm War01 | P 19 | | 219322 | Strapless Mini Dress with Draped Chiffon Overlay | 42 | NAVY | NAVY | | 275.97 | Final | 1 | 275.97 | 50% | 137.99 |
| 000003 | E-Comm War01 | P 19 | | 219506 | High Waisted Cropped Fitted Pant with Pleats at Si | 54 | BLACK | BLACK | | 140.27 | Final | 1 | 140.27 | 50% | 70.14 |
| 000003 | E-Comm War01 | P 19 | | 219506 | High Waisted Cropped Fitted Pant with Pleats at Si | 54 | WHITE | WHITE | | 140.27 | Final | 0 | - | 50% | - |
| 000003 | E-Comm War01 | P 19 | | 219704 | Strapless Color Block Wide Leg Jumpsuit | 42 | CERBR | CERISE/BERRY | | 340.07 | Final | 3 | 1,020.21 | 50% | 510.11 |
| 000003 | E-Comm War01 | P 19 | | 219704 | Strapless Color Block Wide Leg Jumpsuit | 42 | WHBLK | WHITE/BLACK | | 340.07 | Final | 1 | 340.07 | 50% | 170.04 |
| 000003 | E-Comm War01 | P 19 | | 2198201 | Cropped Pleated Voluminous Sleeved Knit Top with V | 50 | NAVY | NAVY | | 82.67 | Final | 2 | 165.34 | 50% | 82.67 |
| 000003 | E-Comm War01 | P 19 | | 2198201 | Cropped Pleated Voluminous Sleeved Knit Top with V | 50 | WHITE | WHITE | | 82.67 | Final | 2 | 165.34 | 50% | 82.67 |
| 000003 | E-Comm War01 | P 19 | | 2198205 | Long Sleeved Knit Top with Twist Detail and Cut Aw | 50 | NAVY | NAVY | | 160.58 | Final | 2 | 321.16 | 50% | 160.58 |
| 000003 | E-Comm War01 | P 19 | | 2198208 | Square Neck Knitted Tank Top | 10 | WHITE | WHITE | | 115.83 | Final | 2 | 231.66 | 50% | 115.83 |
| 000003 | E-Comm War01 | P 19 | | 2198306 | Long Sleeved Knit Mini Dress with Blouson Top and | 50 | BLACK | BLACK | | 254.74 | Final | 2 | 509.48 | 50% | 254.74 |
| 000003 | E-Comm War01 | P 19 | | 318325 | Long Sleeved Mini Dress with Blouson Top | 42 | TNLEO | TAN LEOPARD | | 207.88 | Final | 0 | - | 50% | - |
| 000003 | E-Comm War01 | R 19 | | 2188206 | Single Cap Sleeved Crew Neck Top | 10 | BLACK | BLACK | | 93.91 | Final | 4 | 375.64 | 50% | 187.82 |
| 000003 | E-Comm War01 | R 19 | | 419303 | Sleeveless Deep V Midi Dress with Twist Detail at | 50 | MLTFL | MELTED FLORAL | | 258.03 | Final | 3 | 774.09 | 50% | 387.05 |
| 000003 | E-Comm War01 | R 19 | 419305G | | Off the Shoulder Sleeveless Column Gown with Lace | 51 | LAPIS | LAPIS | | 334.21 | Final | 1 | 334.21 | 50% | 167.11 |
| 000003 | E-Comm War01 | R 19 | | 419315 | Sleeveless Pencil Dress with Cowl at Front and Rac | 50 | MINK | MINK | | 253.64 | Final | 1 | 253.64 | 50% | 126.82 |
| 000003 | E-Comm War01 | R 19 | | 4198102 | Oversized Cable Knit Cardigan | 50 | WHITE | WHITE | | 191.93 | Final | 5 | 959.65 | 50% | 479.83 |
| 000003 | E-Comm War01 | S 19 | LEE501 | | High Waisted Cropped Boyfriend Jeans | 12 | RWASH | RINSE WASH | | 62.53 | Final | 2 | 125.06 | 50% | 62.53 |
| 000003 | E-Comm War01 | S 19 | | 119102 | Jacket with Open Back and Drawstring at Waist | 41 | JADE | JADE | | 277.48 | Final | 1 | 277.48 | 50% | 138.74 |
| 000003 | E-Comm War01 | S 19 | | 119213 | V Neck Tank with Drawstring at Waist | 43 | OCEAN | OCEAN | | 127.53 | Final | 1 | 127.53 | 50% | 63.77 |
| 000003 | E-Comm War01 | S 19 | | 119219 | Bustier Top | 51 | BLACK | BLACK | | 106.53 | Final | 1 | 106.53 | 50% | 53.27 |
| 000003 | E-Comm War01 | S 19 | | 119324 | Off the Shoulder Slip Dress with Cascading Skirt w | 41 | CERUL | CERULEAN | | 228.30 | Final | 0 | - | 50% | - |
| 000003 | E-Comm War01 | S 19 | | 119324 | Off the Shoulder Slip Dress with Cascading Skirt w | 41 | JADE | JADE | | 228.30 | Final | 1 | 228.30 | 50% | 114.15 |

**Cushnie, LLC**
Ecommerce Inventory Value Detail
As of 7/31/2020

| Whse # | Whse Name | Div # | Sea | STYLE | Description | FABRIC | COLOR | COLOR Name | Units In Case | Unit Cost | Cost Type | Units | Dollars | Valuation Percentage | Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000003 | E-Comm War01 | S 19 | | 119401 | High Waisted Pencil Skirt with Crystal Netting Emb | 42 | OCEAN | OCEAN | | 323.84 | Final | 0 | - | 50% | - |
| 000003 | E-Comm War01 | S 19 | | 119505 | High Waisted Flare Pant with Charmeuse Fant at Si | 54 | OCEAN | OCEAN | | 164.72 | Final | 1 | 164.72 | 50% | 82.36 |
| 000003 | E-Comm War01 | S 19 | | 1198201 | Long Sleeved Cold Shoulder Knit Top with Twist at | 50 | OCEAN | OCEAN | | 130.35 | Final | 1 | 130.35 | 50% | 65.18 |
| 000003 | E-Comm War01 | S 19 | | 1198202 | Knit Tank Top with Twisted Straps | 50 | PINKS | PINK SAND | | 105.01 | Final | 1 | 105.01 | 50% | 52.51 |
| 000003 | E-Comm War01 | S 19 | | 1198203 | Mock Neck Knit Top with Layered Fringe at Sleeves | 06 | WHTMU | WHITE MULTI | | 115.30 | Final | 1 | 115.30 | 50% | 57.65 |
| 000003 | E-Comm War01 | S 19 | | 1198208 | Racer Cut Knit Tank | 10 | BLACK | BLACK | | 98.45 | Final | 1 | 98.45 | 50% | 49.23 |
| 000003 | E-Comm War01 | S 19 | | 417218 | Halter Tank with Cowl | 46 | OCEAN | OCEAN | | 90.85 | Final | 1 | 90.85 | 50% | 45.43 |
| 000003 | E-Comm War01 | P 20 | | 220204 | Strapless Corset Top with Structured Peplum | 51 | WHITE | WHITE | | 181.50 | None | 3 | 544.50 | 100% | 544.50 |
| 000003 | E-Comm War01 | P 20 | | 220208 | Scoop Neck Tank with Cowl at Back | 41 | LATTE | LATTE | | 137.50 | None | 4 | 550.00 | 100% | 550.00 |
| 000003 | E-Comm War01 | P 20 | | 220314 | Sleeveless Scoop Neck Pencil Dress with Structured | 51 | BLACK | BLACK | | 363.00 | None | 4 | 1,452.00 | 100% | 1,452.00 |
| 000003 | E-Comm War01 | P 20 | | 220314 | Sleeveless Scoop Neck Pencil Dress with Structured | 51 | WHITE | WHITE | | 363.00 | None | 3 | 1,089.00 | 100% | 1,089.00 |
| 000003 | E-Comm War01 | P 20 | | 220502 | High Waisted Fitted Cropped Pant with Tie at Waist | 51 | BLACK | BLACK | | 174.90 | None | 4 | 699.60 | 100% | 699.60 |
| 000003 | E-Comm War01 | P 20 | | 2208201 | Crew Knit Long Sleeved Floral Jacquard Knit Top | 10 | LATTE | LATTE | | 124.11 | Final | 4 | 496.44 | 100% | 496.44 |
| 000003 | E-Comm War01 | P 20 | | 2208202 | Crew Neck Sleeveless Floral Jacquard Knit Top | 10 | BLACK | BLACK | | 117.63 | Final | 0 | - | 100% | - |
| 000003 | E-Comm War01 | P 20 | | 2208205 | Crew Neck Knit Crop Top with Sheer Striped Sleeves | 10 | WHITE | WHITE | | 91.65 | Final | 1 | 91.65 | 100% | 91.65 |
| 000003 | E-Comm War01 | P 20 | | 2208301 | Short Sleeved Rounded Square Neck Floral Jacquard | 10 | ROUGE | ROUGE | | 161.68 | Final | 6 | 970.08 | 100% | 970.08 |
| 000003 | E-Comm War01 | P 20 | | 2208303 | Mock Neck Sleeveless Floral Jacquard Knit Mini Dre | 10 | BLACK | BLACK | | 163.65 | Final | 5 | 818.25 | 100% | 818.25 |
| 000003 | E-Comm War01 | P 20 | | 2208303 | Mock Neck Sleeveless Floral Jacquard Knit Mini Dre | 10 | LATTE | LATTE | | 163.65 | Final | 4 | 654.60 | 100% | 654.60 |
| 000003 | E-Comm War01 | P 20 | | 2208304 | Off the Shoulder Knit Pencil Dress with Sheer Stri | 10 | BLACK | BLACK | | 118.29 | Final | 4 | 473.16 | 100% | 473.16 |
| 000003 | E-Comm War01 | P 20 | | 2208304 | Off the Shoulder Knit Pencil Dress with Sheer Stri | 10 | WHITE | WHITE | | 118.29 | Final | 3 | 354.87 | 100% | 354.87 |
| 000003 | E-Comm War01 | R 20 | | 117338 | Color Blocked One Shoulder Pencil Dress | 54 | NVYWH | NAVY/WHITE | | 200.87 | Final | 1 | 200.87 | 50% | 100.44 |
| 000003 | E-Comm War01 | R 20 | 117338W | | Color Blocked One Shoulder Pencil Dress | 54 | NVYWH | NAVY/WHITE | | 314.25 | Final | 4 | 1,257.00 | 50% | 628.50 |
| 000003 | E-Comm War01 | R 20 | | 119705 | Strapless Fitted Cropped Jumpsuit with Drape at Bu | 54 | BLACK | BLACK | | 210.55 | Final | 1 | 210.55 | 50% | 105.28 |
| 000003 | E-Comm War01 | R 20 | | 420101 | Fitted Jacket with Charmeuse Combo and Button Clos | 52 | BLACK | BLACK | | 319.75 | Final | 6 | 1,918.50 | 50% | 959.25 |
| 000003 | E-Comm War01 | R 20 | | 420206 | Strapless Bustier Top with Fold Detail at Bodice | 51 | AZALE | AZALEA | | 107.22 | Final | 4 | 428.88 | 50% | 214.44 |
| 000003 | E-Comm War01 | R 20 | | 420206 | Strapless Bustier Top with Fold Detail at Bodice | 51 | BLACK | BLACK | | 107.22 | Final | 0 | - | 50% | - |
| 000003 | E-Comm War01 | R 20 | | 420206 | Strapless Bustier Top with Fold Detail at Bodice | 51 | WHITE | WHITE | | 107.22 | Final | 5 | 536.10 | 50% | 268.05 |
| 000003 | E-Comm War01 | R 20 | | 420207 | One Shoulder Fitted Top with Draped Sleeve | 41 | DTEAL | DARK TEAL | | 127.77 | Final | 6 | 766.62 | 50% | 383.31 |
| 000003 | E-Comm War01 | R 20 | | 420207 | One Shoulder Fitted Top with Draped Sleeve | 41 | NAVY | NAVY | | 127.77 | Final | 5 | 638.85 | 50% | 319.43 |
| 000003 | E-Comm War01 | R 20 | | 420208 | Fitted Tank with Draped Charmeuse Panel at Bodice | 43 | CELER | CELERY | | 99.74 | Final | 4 | 398.96 | 50% | 199.48 |
| 000003 | E-Comm War01 | R 20 | | 420208 | Fitted Tank with Draped Charmeuse Panel at Bodice | 43 | IVORY | IVORY | | 99.74 | Final | 4 | 398.96 | 50% | 199.48 |
| 000003 | E-Comm War01 | R 20 | | 420214 | One Shoulder Sheer Asymmetrical Top with Cascade | 48 | NAVY | NAVY | | 117.44 | Final | 7 | 822.08 | 50% | 411.04 |
| 000003 | E-Comm War01 | R 20 | | 420214 | One Shoulder Sheer Asymmetrical Top with Cascade | 48 | WHITE | WHITE | | 117.44 | Final | 1 | 117.44 | 50% | 58.72 |
| 000003 | E-Comm War01 | R 20 | | 420217 | Strapless Cropped Top with Voluminous Short Sleeve | 54 | AZALE | AZALEA | | 138.62 | Final | 3 | 415.86 | 50% | 207.93 |
| 000003 | E-Comm War01 | R 20 | | 420218 | High Neck Sleeveless Bodysuit with Open Back | 57 | BLACK | BLACK | | 96.95 | Final | 2 | 193.90 | 50% | 96.95 |
| 000003 | E-Comm War01 | R 20 | | 420218 | High Neck Sleeveless Bodysuit with Open Back | 57 | ROSEM | ROSE MAUVE | | 96.95 | Final | 5 | 484.75 | 50% | 242.38 |
| 000003 | E-Comm War01 | R 20 | | 420219 | Plunging Single Sleeved Blouson Bodysuit | 41 | BLACK | BLACK | | 111.97 | Final | 3 | 335.91 | 50% | 167.96 |
| 000003 | E-Comm War01 | R 20 | | 420219 | Plunging Single Sleeved Blouson Bodysuit | 41 | NAVY | NAVY | | 111.97 | Final | 10 | 1,119.70 | 50% | 559.85 |
| 000003 | E-Comm War01 | R 20 | | 420302 | Pencil Dress with Chiffon Combo Across Bodice and | 50 | CELER | CELERY | | 269.18 | Final | 6 | 1,615.08 | 50% | 807.54 |
| 000003 | E-Comm War01 | R 20 | 420302G | | Strapless Gown with Chiffon Fit & Flare Skirt | 42 | BLACK | BLACK | | 310.89 | Final | 3 | 932.67 | 50% | 466.34 |
| 000003 | E-Comm War01 | R 20 | 420302G | | Strapless Gown with Chiffon Fit & Flare Skirt | 42 | NAVY | NAVY | | 310.89 | Final | 2 | 621.78 | 50% | 310.89 |
| 000003 | E-Comm War01 | R 20 | | 420303 | Sleeveless Midi Length A Line Dress with Charmeuse | 42 | ROSEM | ROSE MAUVE | | 300.62 | Final | 1 | 300.62 | 50% | 150.31 |
| 000003 | E-Comm War01 | R 20 | | 420305 | Cape Sleeved Midi Dress with Pleating Insert and G | 52 | WHITE | WHITE | | 376.66 | Final | 2 | 753.32 | 50% | 376.66 |
| 000003 | E-Comm War01 | R 20 | | 420310 | Sleeveless Plunging Dress with Draped Bodice and H | 41 | AZALE | AZALEA | | 204.48 | Final | 4 | 817.92 | 50% | 408.96 |
| 000003 | E-Comm War01 | R 20 | | 420310 | Sleeveless Plunging Dress with Draped Bodice and H | 41 | BLACK | BLACK | | 204.48 | Final | 1 | 204.48 | 50% | 102.24 |
| 000003 | E-Comm War01 | R 20 | | 420310 | Sleeveless Plunging Dress with Draped Bodice and H | 41 | DTEAL | DARK TEAL | | 204.48 | Final | 2 | 408.96 | 50% | 204.48 |
| 000003 | E-Comm War01 | R 20 | | 420313 | Long Sleeved Plunging Dress with Twist Detail and | 02 | CAMEL | CAMEL | | 291.49 | Final | 2 | 582.98 | 50% | 291.49 |
| 000003 | E-Comm War01 | R 20 | | 420313 | Long Sleeved Plunging Dress with Twist Detail and | 02 | NAVY | NAVY | | 291.49 | Final | 0 | - | 50% | - |
| 000003 | E-Comm War01 | R 20 | | 420313 | Long Sleeved Plunging Dress with Twist Detail and | 57 | ROSEM | ROSE MAUVE | | 278.66 | Final | 9 | 2,507.94 | 50% | 1,253.97 |
| 000003 | E-Comm War01 | R 20 | 420313W | | Long Sleeved Plunging Dress with Twist Detail and | 57 | DTEAL | DARK TEAL | | 384.01 | Final | 4 | 1,536.04 | 50% | 768.02 |
| 000003 | E-Comm War01 | R 20 | | 420314 | Sleeveless Halter Neck Plunging Mini Dress with Ca | 41 | AZALE | AZALEA | | 184.78 | Final | 16 | 2,956.48 | 50% | 1,478.24 |
| 000003 | E-Comm War01 | R 20 | | 420314 | Sleeveless Halter Neck Plunging Mini Dress with Ca | 41 | NAVY | NAVY | | 184.78 | Final | 6 | 1,108.68 | 50% | 554.34 |
| 000003 | E-Comm War01 | R 20 | | 420315 | Strapless Bustier Mini Dress with Fold Detail at B | 51 | BLACK | BLACK | | 166.85 | Final | 1 | 166.85 | 50% | 83.43 |
| 000003 | E-Comm War01 | R 20 | | 420319 | Off the Shoulder Mini Dress with Voluminous Pleate | 51 | AZALE | AZALEA | | 225.29 | Final | 3 | 675.87 | 50% | 337.94 |
| 000003 | E-Comm War01 | R 20 | | 420324 | Sleeveless Pencil Dress with Charmeuse Combo at Ne | 57 | BLACK | BLACK | | 257.60 | Final | 7 | 1,803.20 | 50% | 901.60 |
| 000003 | E-Comm War01 | R 20 | | 420324 | Sleeveless Pencil Dress with Charmeuse Combo at Ne | 57 | DTEAL | DARK TEAL | | 257.60 | Final | 6 | 1,545.60 | 50% | 772.80 |

**Cushnie, LLC**
Ecommerce Inventory Value Detail
As of 7/31/2020

| Whse # | Whse Name | Div # | Sea | STYLE | Description | FABRIC | COLOR | COLOR Name | Units In Case | Unit Cost | Cost Type | Units | Dollars | Valuation Percentage | Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000003 | E-Comm War01 | R 20 | | 420402 | High Waisted Midi Length Skirt with Pleated Chiffo | 54 | NAVY | NAVY | | 164.18 | Final | 9 | 1,477.62 | 50% | 738.81 |
| 000003 | E-Comm War01 | R 20 | | 420501 | High Waisted Cropped Pant with Button Detail at Si | 54 | AZALE | AZALEA | | 126.68 | Final | 18 | 2,280.24 | 50% | 1,140.12 |
| 000003 | E-Comm War01 | R 20 | | 420501 | High Waisted Cropped Pant with Button Detail at Si | 54 | BLACK | BLACK | | 126.68 | Final | 4 | 506.72 | 50% | 253.36 |
| 000003 | E-Comm War01 | R 20 | | 420501 | High Waisted Cropped Pant with Button Detail at Si | 54 | CELER | CELERY | | 126.68 | Final | 3 | 380.04 | 50% | 190.02 |
| 000003 | E-Comm War01 | R 20 | | 420501 | High Waisted Cropped Pant with Button Detail at Si | 54 | DTEAL | DARK TEAL | | 126.68 | Final | 0 | - | 50% | - |
| 000003 | E-Comm War01 | R 20 | | 420502 | High Waisted Wide Leg Pant with Geometric D Ring B | 42 | BLWHI | BLACK/WHITE | | 180.33 | Final | 0 | - | 50% | - |
| 000003 | E-Comm War01 | R 20 | | 420502 | High Waisted Wide Leg Pant with Geometric D Ring B | 42 | NVYCA | NAVY/CAMEL | | 180.33 | Final | 1 | 180.33 | 50% | 90.17 |
| 000003 | E-Comm War01 | R 20 | | 420503 | High Waisted Wide Leg Pant with Fold Over and Butt | 41 | BLACK | BLACK | | 161.76 | Final | 0 | - | 50% | - |
| 000003 | E-Comm War01 | R 20 | | 420503 | High Waisted Wide Leg Pant with Fold Over and Butt | 41 | ROSEM | ROSE MAUVE | | 161.76 | Final | 0 | - | 50% | - |
| 000003 | E-Comm War01 | R 20 | | 420503 | High Waisted Wide Leg Pant with Fold Over and Butt | 42 | IVORY | IVORY | | 171.40 | Final | 8 | 1,371.20 | 50% | 685.60 |
| 000003 | E-Comm War01 | R 20 | | 420505 | High Waisted Flar Pant with Chiffon Pleated Insert | 54 | NAVY | NAVY | | 154.15 | Final | 0 | - | 50% | - |
| 000003 | E-Comm War01 | R 20 | | 420505 | High Waisted Flar Pant with Chiffon Pleated Insert | 54 | WHITE | WHITE | | 154.15 | Final | 6 | 924.90 | 50% | 462.45 |
| 000003 | E-Comm War01 | R 20 | | 420705 | Sleeveless Cropped Wide Leg Jumpsuit with Drape at | 41 | BLACK | BLACK | | 248.17 | Final | 3 | 744.51 | 50% | 372.26 |
| 000003 | E-Comm War01 | R 20 | | 420706 | Strapless Wide Leg Sheer Jumpsuit with Pleats | 48 | CELER | CELERY | | 281.89 | Final | 2 | 563.78 | 50% | 281.89 |
| 000003 | E-Comm War01 | R 20 | | 4208204 | Strapless Fitted Knit Top | 10 | BLACK | BLACK | | 93.58 | Final | 1 | 93.58 | 50% | 46.79 |
| 000003 | E-Comm War01 | R 20 | | 4208204 | Strapless Fitted Knit Top | 10 | WHITE | WHITE | | 93.58 | Final | 4 | 374.32 | 50% | 187.16 |
| 000003 | E-Comm War01 | R 20 | | 4208205 | Mock Neck Long Sleeved Knit Top w/ Sheer Insert | 10 | BLACK | BLACK | | 131.41 | Final | 4 | 525.64 | 50% | 262.82 |
| 000003 | E-Comm War01 | R 20 | | 4208205 | Mock Neck Long Sleeved Knit Top w/ Sheer Insert | 10 | WHITE | WHITE | | 131.41 | Final | 6 | 788.46 | 50% | 394.23 |
| 000003 | E-Comm War01 | R 20 | | 4208206 | Sleeveless Rib Knit Top with Criss Cross Detail at | 50 | BLACK | BLACK | | 113.19 | Final | 3 | 339.57 | 50% | 169.79 |
| 000003 | E-Comm War01 | R 20 | | 4208206 | Sleeveless Rib Knit Top with Criss Cross Detail at | 50 | CELER | CELERY | | 113.19 | Final | 3 | 339.57 | 50% | 169.79 |
| 000003 | E-Comm War01 | R 20 | | 4208206 | Sleeveless Rib Knit Top with Criss Cross Detail at | 50 | WHITE | WHITE | | 113.19 | Final | 3 | 339.57 | 50% | 169.79 |
| 000003 | E-Comm War01 | R 20 | | 4208301 | Off the Shoulder Rib Knit Pencil Dress with Volumi | 10 | WHITE | WHITE | | 264.45 | Final | 1 | 264.45 | 50% | 132.23 |
| 000003 | E-Comm War01 | R 20 | | 4208303 | Mock Neck Short Sleeved Knit Mini Dress with Sheer | 10 | BLACK | BLACK | | 146.43 | Final | 1 | 146.43 | 50% | 73.22 |
| 000003 | E-Comm War01 | R 20 | | 4208305 | Sleeveless Midi Length Fit and Flare Knit Dress | 10 | CAMEL | CAMEL | | 165.23 | Final | 0 | - | 50% | - |
| 000003 | E-Comm War01 | S 20 | | 119324 | Off the Shoulder Slip Dress with Cascading Skirt w | 41 | NAVY | NAVY | | 199.94 | Final | 5 | 999.70 | 50% | 499.85 |
| 000003 | E-Comm War01 | S 20 | | 119324 | Off the Shoulder Slip Dress with Cascading Skirt w | 41 | SEAGR | SEA GREEN | | 199.94 | Final | 4 | 799.76 | 50% | 399.88 |
| 000003 | E-Comm War01 | S 20 | | 119504 | High Waisted Wide Leg Pant | 41 | WHITE | WHITE | | 150.40 | Final | 3 | 451.20 | 50% | 225.60 |
| 000003 | E-Comm War01 | S 20 | | 119504 | High Waisted Wide Leg Pant | 42 | ROSEG | ROSE GOLD | | 153.20 | Final | 1 | 153.20 | 50% | 76.60 |
| 000003 | E-Comm War01 | S 20 | | 120101 | Double Breasted Jacket with Chiffon Sleeves & Back | 41 | BLACK | BLACK | | 279.71 | Final | 3 | 839.13 | 50% | 419.57 |
| 000003 | E-Comm War01 | S 20 | | 120101 | Double Breasted Jacket with Chiffon Sleeves & Back | 41 | WHITE | WHITE | | 279.71 | Final | 4 | 1,118.84 | 50% | 559.42 |
| 000003 | E-Comm War01 | S 20 | | 120202 | Asymmetrical Draped Tank | 43 | PRLBL | PEARL BLUE | | 88.86 | Final | 2 | 177.72 | 50% | 88.86 |
| 000003 | E-Comm War01 | S 20 | 120202E | | Asymmetrical Draped Tank with Iridescent Paillette | 13 | WHITE | WHITE | | 170.30 | Final | 1 | 170.30 | 50% | 85.15 |
| 000003 | E-Comm War01 | S 20 | | 120206 | Long Sleeved One Shoulder Draped Top | 49 | BLACK | BLACK | | 116.95 | Final | 1 | 116.95 | 50% | 58.48 |
| 000003 | E-Comm War01 | S 20 | | 120206 | Long Sleeved One Shoulder Draped Top | 49 | ROSEG | ROSE GOLD | | 116.95 | Final | 1 | 116.95 | 50% | 58.48 |
| 000003 | E-Comm War01 | S 20 | | 120208 | Sleeveless Bodysuit with Twisted Detail at Strap | 57 | BLACK | BLACK | | 109.25 | Final | 15 | 1,638.75 | 50% | 819.38 |
| 000003 | E-Comm War01 | S 20 | | 120210 | Sleeveless Cascading Tunic with Charmeuse Panel | 54 | BLACK | BLACK | | 171.72 | Final | 4 | 686.88 | 50% | 343.44 |
| 000003 | E-Comm War01 | S 20 | | 120211 | One Shoulder Draped Tunic with Asymmetrical Hem | 54 | WHITE | WHITE | | 152.61 | Final | 4 | 610.44 | 50% | 305.22 |
| 000003 | E-Comm War01 | S 20 | | 120212 | Strapless Corset Top with Drape at Bust | 51 | WHITE | WHITE | | 113.07 | Final | 3 | 339.21 | 50% | 169.61 |
| 000003 | E-Comm War01 | S 20 | | 120213 | Off the Shoulder Fitted Top with Silk Tulle Overla | 54 | BLACK | BLACK | | 134.78 | Final | 3 | 404.34 | 50% | 202.17 |
| 000003 | E-Comm War01 | S 20 | 120301P | | V Neck Slip Dress with Asymmetrical Style Lines an | 50 | WMPSG | WATER MARBLE PRINT/SEA GREEN | | 253.31 | Final | 2 | 506.62 | 50% | 253.31 |
| 000003 | E-Comm War01 | S 20 | 120302G | | One Shoulder Long Sleeved Column Gown with Crystal | 41 | NAVY | NAVY | | 306.17 | Final | 1 | 306.17 | 50% | 153.09 |
| 000003 | E-Comm War01 | S 20 | | 120303 | Sleeveless Cowl Neck Dress with Asymmetrical Hem a | 13 | DTYRO | DUSTY ROSE | | 339.02 | Final | 0 | - | 50% | - |
| 000003 | E-Comm War01 | S 20 | | 120309 | Sleeveless Pencil Dress with Open Back and Folded | 41 | PRLBL | PEARL BLUE | | 215.95 | Final | 3 | 647.85 | 50% | 323.93 |
| 000003 | E-Comm War01 | S 20 | | 120317 | Strapless Pencil Dress with Asymmetrical Straps an | 51 | NAVY | NAVY | | 250.43 | Final | 5 | 1,252.15 | 50% | 626.08 |
| 000003 | E-Comm War01 | S 20 | | 120319 | Sleeveless Mini Dress with Racerback and Draped Fr | 57 | WHITE | WHITE | | 296.26 | Final | 1 | 296.26 | 50% | 148.13 |
| 000003 | E-Comm War01 | S 20 | | 120401 | High Waisted Sheer Skirt with Iridescent Paillette | 13 | PRLBL | PEARL BLUE | | 247.94 | Final | 0 | - | 50% | - |
| 000003 | E-Comm War01 | S 20 | | 120502 | High Waisted Slim Flare Pant with Slits at Front L | 54 | BLACK | BLACK | | 146.31 | Final | 3 | 438.93 | 50% | 219.47 |
| 000003 | E-Comm War01 | S 20 | | 120502 | High Waisted Slim Flare Pant with Slits at Front L | 54 | NAVY | NAVY | | 146.31 | Final | 7 | 1,024.17 | 50% | 512.09 |
| 000003 | E-Comm War01 | S 20 | | 120502 | High Waisted Slim Flare Pant with Slits at Front L | 54 | WHITE | WHITE | | 146.31 | Final | 2 | 292.62 | 50% | 146.31 |
| 000003 | E-Comm War01 | S 20 | | 120702 | Strapless Cropped Fitted Jumpsuit with Silk Tulle D | 54 | SEAGR | SEA GREEN | | 231.79 | Final | 2 | 463.58 | 50% | 231.79 |
| 000003 | E-Comm War01 | S 20 | | 120705 | Sleeveless Plunging Flare Leg Jumpsuit with Twiste | 52 | BLACK | BLACK | | 298.84 | Final | 1 | 298.84 | 50% | 149.42 |
| 000003 | E-Comm War01 | S 20 | | 1208306 | Scoop Neck Sleeveless Knit Dress with Racerback an | 10 | NVYIR | NAVY IRIDESCENT | | 161.24 | Final | 1 | 161.24 | 50% | 80.62 |
| 000003 | E-Comm War01 | S 20 | | 1208306 | Scoop Neck Sleeveless Knit Dress with Racerback an | 10 | SFMIR | SEAFOAM IRIDESCENT | | 161.24 | Final | 0 | - | 50% | - |
| 000003 | E-Comm War01 | S 20 | | 1208307 | Sleeveless V Neck Knit Dress with Lace Detail at S | 10 | BLACK | BLACK | | 159.05 | Final | 1 | 159.05 | 50% | 79.53 |
| 000003 | E-Comm War01 | S 20 | | 1208307 | Sleeveless V Neck Knit Dress with Lace Detail at S | 10 | WHITE | WHITE | | 159.05 | Final | 0 | - | 50% | - |
| 000003 | E-Comm War02 | F 19 | | 319HB205S | Tassel Clutch | 04 | WHITE | WHITE | | 108.90 | None | 1 | 108.90 | 50% | 54.45 |

**Cushnie, LLC**
Ecommerce Inventory Value Detail
As of 7/31/2020

| Whse # | Whse Name | Div # | Sea | STYLE | Description | FABRIC | COLOR | COLOR Name | Units In Case | Unit Cost | Cost Type | Units | Dollars | Valuation Percentage | Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000003 | E-Comm War02 | F 19 | 319HB404 | Mini Whistler Bag with Tassel and Plexiglass Handl | 03 | BLACK | BLACK | | | 196.90 | None | 1 | 196.90 | 50% | 98.45 |
| 000003 | E-Comm War02 | F 19 | 319HB404M | Mini Whistler Bag with Tassel and Plexiglass Handl | 03 | GOLD | GOLD | | | 196.90 | None | 1 | 196.90 | 50% | 98.45 |
| 000003 | E-Comm War02 | S 19 | 119HB403 | Mini Whistler Bag | 03 | NUDE | NUDE | | | 174.90 | None | 1 | 174.90 | 50% | 87.45 |
| 000003 | E-Comm War03 | P 18 | 118AW252 | Basic Bra Top with Logo Elastic Straps | 50 | BLACK | BLACK | | | 33.95 | Final | 7 | 237.65 | 50% | 118.83 |
| 000003 | E-Comm War03 | P 18 | 218AW263 | One Shoulder Short Sleeved Crop Top with Teardrop | 50 | BLACK | BLACK | | | 48.07 | Final | 2 | 96.14 | 50% | 48.07 |
| 000003 | E-Comm War03 | S 18 | 118AW560 | High Waisted Perforated Leggin | 50 | BLACK | BLACK | | | 83.49 | Final | 3 | 250.47 | 50% | 125.24 |
| 000003 | E-Comm War03 | R 19 | 419AW562 | High Waisted Cropped Leggings with Tipped Elastic | 60 | BLKWH | BLACK/WHITE | | | 62.17 | Final | 1 | 62.17 | 50% | 31.09 |
| 000003 | E-Comm War03 | R 19 | 419AW570 | High Waisted Flare Pant with Front Slits and Contr | 70 | WHBLK | WHITE/BLACK | | | 65.93 | Final | 1 | 65.93 | 50% | 32.97 |
| 000003 | E-Comm War03 | S 19 | 119AW151 | Zip Up Jacket with Pockets | 07 | BLACK | BLACK | | | 107.82 | Final | 1 | 107.82 | 50% | 53.91 |
| 000003 | E-Comm War04 | S 18 | 118SH902 | Emilio Mesh/Suede Over the Knee Boot with Embroide | 404 | BLKMT | BLACK/MULTI | | | 445.12 | Final | 0 | - | 50% | - |
| **TOTAL** | | | | | | | | | | | | | | | **47,082.93** |

Statement of Financial Affairs
Attachment for Question #5
Assets sold to Hildun (Part 3)

**Cushnie, LLC**
**Inventory Value Summary**
**As of 7/31/2020**

| Description | Cost |
|---|---|
| Wholesale Inventory | 76,676 |
| Ecomm Inventory | 47,083 |
| Current Season Raw Materials | 180,283 |
| Prior Season Raw Materials* | 134,682 |
| **Total Finished Goods** | **438,724** |

\* Due to time constraints, limited resources, and the ongoing social distancing measures in place,  a year end assessment of left over fabrics was unable to be completed.  The value was estimated to be $135,000, which is in line with 2018's audited value.  Once a count is completed, any difference in the raw material will be recognized in the Changes in Inventory line of the Cost of Goods Sold in the 2020 calendar year

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of New York

In re    **Cushnie, LLC**                                 Case No. _____

                                     Debtor(s)               Chapter     **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | For legal services, I have agreed to accept | $ | 7,322.00 |
    |---|---|---|
    | Prior to the filing of this statement I have received | $ | 7,322.00 |
    | Balance Due | $ | 0.00 |

2.  $ **335.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☐ Debtor      ■ Other (specify):      **Carly Cushnie ($1,000)**
                                               **Cushnie, LLC ($6,322)**

4.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **The above fee includes the filing fee for a Chapter 7 case.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Counsel reserves the right to charge additional fees based upon time spent at the rate of $450.00 per hour for time spent by Douglas A. Goldstein, Esq. and $595.00 per hour for time spent by Brian D. Spector, Esq., and for disbursements incurred, beyond the scope set forth in no. 5 above, including, but not limited to: representation of the debtor in defense of complaint(s) for non-dischargeability or objections to discharge; lien avoidance proceedings; amendments to the schedules; negotiations with creditors, Office of the U.S. Trustee, or Chapter 7 Trustee; representation of the debtor in relief from stay actions or any other adversary proceeding or contested matter; conversion to a different chapter; or any proceeding to re-open the case after dismissal or closure; preparation of reaffirmation agreements and related documents; services rendered after the first scheduled Section 341(a) meeting of creditors; appearances at any adjourned meetings of creditors; appearances at any hearings; appearances at any depositions or examinations other than the initial meeting of creditors; any work related to or in connection with a Rule 2004 examination or other discovery request.**

In re    **Cushnie, LLC**
_____    Case No. _____
    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

| CERTIFICATION |
|---|

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May  3, 2021**
_____
_Date_

/s/ **Douglas A. Goldstein**
_____
**Douglas A. Goldstein 5067749**
_Signature of Attorney_
**Spector & Ehrenworth, P.C.**
**30 Columbia Turnpike, Suite 202**
**Florham Park, NJ 07932**
**(973) 845-6526   Fax: (973) 593-4848**
**dgoldstein@selawfirm.com**
_____
_Name of law firm_

**United States Bankruptcy Court**
**Eastern District of New York**

In re    **Cushnie, LLC**                                          Case No. _____
_____
                                        Debtor(s)    Chapter    **7**    _____

# VERIFICATION OF CREDITOR MATRIX

     The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:    **May  3, 2021**    _____    **/s/ Carly Cushnie**    _____
                                        **Carly Cushnie**/**CEO**
                                        Signer/Title

Date:    **May  3, 2021**    _____    **/s/ Douglas A. Goldstein**    _____
                                        Signature of Attorney
                                        **Douglas A. Goldstein 5067749**
                                        **Spector & Ehrenworth, P.C.**
                                        **30 Columbia Turnpike, Suite 202**
                                        **Florham Park, NJ 07932**
                                        **(973) 845-6526   Fax: (973) 593-4848**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

251 West 39th Street Realty Co
c/o East End Capital Partners
600 Madison Ave., 11th Fl.
New York, NY 10022


47 Pictures, Inc
1802 N. Wilton Place #2
Los Angeles, CA 90028


A&H Couture
260 W 36th St., 7th Floor
New York, NY 10018


Absolute Couture Inc.
247 W. 37th St., Suite 202
New York, NY 10018


Acadaca, LLC
2 University Plaza, Suite 100
PMB 1062
Hackensack, NJ 07601


Accurate Patterns, Inc
246 West 38th Street
New York, NY 10018


Admiral Courier Services
18 West 30th Street
3rd Floor- Suite 4
New York, NY 10001


American Express (Corporate)
P.O. Box 1270
Newark, NJ 07101-1270


American Express (Plum)
ADR c/o CT Corp System
28 Liberty Street
New York, NY 10005


Ascot Fashions
No-9, AC Mkt
Tardeo, Mumbai-400034, India

Bauer Office Solutions
144 East 44th Street, 6th Fl
New York, NY 10017


Bergen Logistics
5903 West Side Avenue
North Bergen, NJ 07047


Bergen Shippers Corp
5903 West Side Ave
North Bergen, NJ 07047


Brandon G. Stanislaus, Esq.
Zwicker & Associates, P.C.
1551 S. Washington Ave-Ste 404
Piscataway, NJ 08854


Bruce Nathan, Esq.
Lowenstein Sandler, LLP
1251 Avenue of the Americas
New York, NY 10020


Calzaturifico Carisma Sr
  ViaPoggio Alla Malva 8/10
50055 Malmantile
Lastra A Signa, IT 50055


Canon Financial CFS
14904 Collections Center Drive
Chicago, IL 60693


Carly Cushnie
294 Herkimer St.
Brooklyn, NY 11216


Chiuma & Co., Ltd
3-3-10 Awajimachi, Chuo-ku
Osaka, Japan
541-0047, JP - JAPAN


Cindy & Kevin Studio
327 West 36th St., 2nd Floor
New York, NY 10018

Conceria A. Tema Srl
Via Dell Industria
76/78/80
Castelfranco, DiSotto, IT 56022


Conceria Tre Emme S.r.l
Via Guglielmo Marconi, 3/1
36050 Zermeghedo (VI) ITALY


ConEdison
Jaf Station
PO Box 1702
New York, NY 10116


Cozen O'Connor
277 Park Avenue
New York, NY 10172


Cushnie Holdings, LLC
294 Herkimer Street
Brooklyn, NY 11216


Cushnie Trademark, LLC
294 Herkimer Street
Brooklyn, NY 11216


Dogi Spain
Carretera Cami del Mig
s/n Poligono PP12 El Masnou
Barcelona, Spain  08320


East End Capital
600 Madison Ave
New York, NY 10022


El Toro Interactive, LLC
2 University Plaza
Suite 100 PMB 1063
Hackensack, NJ 07601


Elite Model Management
245 Fifth Avenue, 24th FL
New York, NY 10016

Exhibit A, LLC
1287 N. Crescent Heights Blvd
Unit D
Los Angeles, CA 90046


Fashion Fit Models LLC
P.O. Box 261
New York, NY 10113


FedEx
P.O. Box 371461
Pittsburgh, PA 15250-7461


Green-Ungar Capital Mgmt
c/o East End Realty
600 Madison Ave, 11th fl
New York, NY 10022


Guide Fabrics
262 West 38th Street
New York, NY 10018


Hand, Baldachin & Amburgey
8 W. 40th St, 12th Fl
New York, NY 10018


Hilldun Corporation
255 West 35th Street
New York, NY 10001


HSBC
452 Fifth Avenue
New York, NY 10018


Industrias del Curtido S.
Avda de Alicante, s/n
46460 Silla (Valencia)
ES - SPAIN


Inwool Jersey
Via Strozzi, 41
59013 Montemurlo (PO) ITALY

JACKYTEX
Ind. Tessile Della Maglia
Terranuova Bracciolini (AR)
52028, IT - ITALY


Karla Otto
475 10th Ave, 4th Floor
New York, NY 10018


Kay's Pattern
252 West 38th St., Suite 702
New York, NY 10018


La Perla
Via Livornese 71/73
Empoli (Firenze)
ITALY  50053


Labels Inter-Global, Inc
109 West 38th Street
Suite #701
New York, NY 10018


Lamprey Systems
60 West Broad Street
Suite 301
Bethlehem, PA 18018


Lineapiu Italia
1384 Broadway, Rm #301
New York, NY 10018


Luke Dickey
NKLD Inc.
48 Kinney Street
Piermont, NY 10968


Manifatture Tessili Bianc
22071 Cadorago (Co), via Diaz
Registri Imprese di Como
175953 ITALY


Maruska S.R.L.
Via Prov.le Frencesca
44/29-44/30, 56020
Santa Maria A. Monte, IT

Meridian Customs
15-02 132nd Avenue, 2nd floor
Jamaica, NY 11434

Michael Buxbaum, Esq.
Lowenstein Sandler, LLP
1251 Avenue of the Americas
New York, NY 10020

Michelle Ochs
105 West 8th St.
Bayonne, NJ 07002

Naser Tanning Company
No 10 Kumarappa Street
Periamet, Chennai, Tamil Nadu
600003, INDIA

Non-Stop Express Int'l
10-39 44th Drive
Long Island City, NY 11101

Oglethorpe, Inc
8383 Wilshire Blvd, Suite 1000
Beverly Hills, CA 90211

Ogletree, Deakins
50 International Drive
Patewood IV, Suite 200
Greenville, SC 29615

One Model Management, LLC
42 Bond Street, 2nd Floor
New York, NY 10012

Open Text, Inc
c/o J.P. Morgan Lockbox
24685 Network Place
Chicago, IL 60673-1246

Orchard Mile
133 West 19th St., Fl 6
New York, NY 10011

P.L. Wong & Co., Ltd
Unit 03, 4/F Vanta Indus. Ctr
21-33 Tai Lin Pai Road
Kwai Chung, Hong Kong


Paoli Riccardo s.r.l
Via di Castel Pulci
9/B, Scandicci (FI)
50018, IT ITALY


PC Fashion Inc.
327 West 36th Street
Suite 3A
New York, NY 10018


Peter Marcus Group, LLC
37 Willowmere Circle
Riverside, CT 06878


Platform 11211, Inc
302 Bedford Avenue #133
Brooklyn, NY 11249


Sabanna Fashion J. Inc.
247 W 38th St., 8th floor
New York, NY 10018


Sgl Filati
Sede Legale e Amministrativa
Via B Marcora 121010
ITALY


Shoot Food NY LLC
214 Columbia Street
Brooklyn, NY 11231


Silkomo SRL
Strada Statale Briantea, 10
Tavernerico (CO),
22038, IT - ITALY


South Street Seaport Limo
13355 Noel Road, 22nd Floor
Dallas, TX 75240

State Artist Management
525 7th Avenue, Suite 904
New York, NY 10018


Stoll
250 West 39th Street
New York, NY 10018


T&M Delivery Corp
28 Garfield Place
South Hackensack, NJ 07606


Taewoo Fabric Co., Ltd
#305, Art Plaza, 732-1
Choji-Dong, Danwon-Gu, Ansan-S
Gyeonggi-Do, Korea


Tessitura Uboldo Luigi sr
Via della Cerca 9/11,
22070 Lurago Marinone (CO)
ITALY


The Benefit Practice
1055 Washington Blvd., Ste 610
Stamford, CT 06901


Tiger Button Co., Inc
307 W 38th Street, 4th floor
New York, NY 10018


Time Warner Cable
Box 223085
Pittsburgh, PA 15251


Todd Higgins, Esq.
Crosby & Higgins LLP
140 Broadway, 46th Floor
New York, NY 10005


TWS International, Inc
179-14 149th Road, 2nd floor
Jamaica, NY 11434

Uli Wagner LLC
279 Vanderbilt Avenue
Brooklyn, NY 11205


UNG 1 Realty, LLC
600 Madison Ave.
New York, NY 10022


Union Square Couture
5 East 16th Street, 4th floor
New York, NY 10003


Velasco Couture
347 W 36th Street Suite 1403
New York, NY 10018


Verizon
PO Box 15124
Albany, NY 12212


Vogue Too
265 W. 37th Street, 14th floor
New York, NY 10018


Waste Connections
PO Box 660654
Dallas, TX 75266-0654


Wilyfoxx Collective, Inc
60 Broad Street, 24th floor
New York, NY 10004

# United States Bankruptcy Court
## Eastern District of New York

In re    **Cushnie, LLC**

Debtor(s)

Case No.

Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Cushnie, LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Cushnie Holdings, LLC**
**294 Herkimer Street**
**Brooklyn, NY 11216**

☐ None [*Check if applicable*]

**May  3, 2021**

Date

**/s/ Douglas A. Goldstein**

**Douglas A. Goldstein 5067749**

Signature of Attorney or Litigant

Counsel for    **Cushnie, LLC**

**Spector & Ehrenworth, P.C.**

**30 Columbia Turnpike, Suite 202**
**Florham Park, NJ 07932**
**(973) 845-6526 Fax:(973) 593-4848**
**dgoldstein@selawfirm.com**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):**   Cushnie, LLC _____   **CASE NO.:.** _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

■ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:_____   JUDGE:_____   DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____                    [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                        (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

2. CASE NO.:_____   JUDGE:_____   DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____                    [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                        (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____   JUDGE:_____   DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____                    [*If closed*] Date of closing:_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not
be eligible to be debtors.  Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): ___Y___

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except
as indicated elsewhere on this form.

**/s/ Douglas A. Goldstein**
_____
**Douglas A. Goldstein 5067749**
Signature of Debtor's Attorney
**Spector & Ehrenworth, P.C.**
**30 Columbia Turnpike, Suite 202**
**Florham Park, NJ 07932**
**(973) 845-6526 Fax:(973) 593-4848**

_____
Signature of Pro Se Debtor/Petitioner

_____
Signature of Pro Se Joint Debtor/Petitioner

_____
Mailing Address of Debtor/Petitioner

_____
City, State, Zip Code

_____
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any
other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the
dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING.  Dismissal of your petition may otherwise
result.