# United States Bankruptcy Court
## Eastern District of New York

In re  **Cushnie, LLC**  Debtor(s)

Case No.  21-41212-JMM
Chapter  **7**

## DISCLOSURE STATEMENT OF BUSINESS ENTITY OWNERSHIP PURSUANT TO LOCAL RULE 1073-3

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Cushnie, LLC** in the above captioned action, certifies that the following is a business entity, other than the debtor or a governmental unit, that directly or indirectly owns 10% or more of any class of the business entity's equity interests, or states that there are no entities to report under FRBP 7007.1:

**Cushnie Holdings, LLC**
**294 Herkimer Street**
**Brooklyn, NY 11216**

☐ None [*Check if applicable*]

May 4, 2021
Date

**/s/ Douglas A. Goldstein**
**Douglas A. Goldstein 5067749**
Signature of Attorney or Litigant
Counsel for **Cushnie, LLC**
**Spector & Ehrenworth, P.C.**
**30 Columbia Turnpike, Suite 202**
**Florham Park, NJ 07932**
**(973) 845-6526 Fax:(973) 593-4848**
**dgoldstein@selawfirm.com**