**United States Bankruptcy Court**
**Eastern District of New York**

| | | | |
|---|---|---|---|
| In re | Cushnie, LLC | Case No. | 1-21-41212 |
| | Debtor(s) | Chapter | 7 |

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Carly Cushnie**, declare under penalty of perjury that I am the sole Manager and **CEO** of **Cushnie, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Managers of said company at a special meeting duly called and held on the 30th day of April, 2021 and ratified this 4th day of May, 2021:

Whereas, it is in the best interest of this limited liability company (the "Company") to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Carly Cushnie**, **CEO** of the Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that **Carly Cushnie**, **CEO** of the Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case, and

Be It Further Resolved, that **Carly Cushnie**, **CEO** of the Company is authorized and directed to employ Douglas A. Goldstein, attorney and the law firm of **Spector & Ehrenworth, P.C.** to represent the Company in such bankruptcy case.

Date **May 4, 2021**    Signed _____
                              Carly Cushnie, Manager

                        Witness / Attest: _____
                              Name: _Oscar Contri_