Resolution of Board of Managers
of
Cushnie, LLC

I, Carly Cushnie, declare under penalty of perjury that I am the sole Manager and CEO of Cushnie, LLC, and that the following is a true and correct copy of the resolutions adopted by the Board of Managers of said company at a special meeting duly called and held on the 30th day of April, 2021 and ratified this 4th day of May, 2021:

Whereas, it is in the best interest of this Company to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that Carly Cushnie, CEO of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that Carly Cushnie, CEO of this Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case, and

Be It Further Resolved, that Carly Cushnie, CEO of this Company is authorized and directed to employ Douglas A. Goldstein, attorney and the law firm of Spector & Ehrenworth, P.C. to represent the Company in such bankruptcy case.

Date   May 4, 2021                     Signed _____
                                              Carly Cushnie, Manager

                                       Witness / Attest: _____
                                              Name: Orense Cantu