United States Bankruptcy Court
Eastern District of New York

In re: Case No. 21-41212-jmm
Cushnie, LLC Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1     User: admin     Page 1 of 4
Date Rcvd: Oct 19, 2022     Form ID: pdf002     Total Noticed: 106

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cushnie, LLC, 294 Herkimer Street, Brooklyn, NY 11216-2611 |
| intp | + | Bankruptcy Estate of Carly Cushnie, Law Offices of Gregory Messer, 26 Court St, Suite 2400, Brooklyn, NY 11242-1124 |
| cr | + | Hilldun Corporation, c/o Lowenstein Sandler LLP, Attn: Bruce S. Nathan, Esq., 1251 Avenue of the Americas, New York, NY 10020 UNITED STATES 10020-1104 |
| 9967494 | + | 251 West 39th Street Realty Co, c/o East End Capital Partners, 600 Madison Ave., 11th Fl., New York, NY 10022-1615 |
| 9967495 | + | 47 Pictures, Inc, 1802 N. Wilton Place #2, Los Angeles, CA 90028-5728 |
| 9967496 | + | A&H Couture, 260 W 36th St., 7th Floor, New York, NY 10018-7560 |
| 9967497 | + | Absolute Couture Inc., 247 W. 37th St., Suite 202, New York, NY 10018-5084 |
| 9967498 | + | Acadaca, LLC, 2 University Plaza, Suite 100, PMB 1062, Hackensack, NJ 07601-6210 |
| 9967499 | + | Accurate Patterns, Inc, 246 West 38th Street, New York, NY 10018-5856 |
| 9967500 | + | Admiral Courier Services, 18 West 30th Street, 3rd Floor- Suite 4, New York, NY 10001-4447 |
| 9967502 | + | American Express (Plum), ADR c/o CT Corp System, 28 Liberty Street, New York, NY 10005-1400 |
| 9967503 | | Ascot Fashions, No-9, AC Mkt, Tardeo, Mumbai-400034, India |
| 9980513 | + | Bankruptcy Estate of Carly Cushnie, c/o Bruce Weiner, Esq., Rosenberg Musso & Weiner, LLP, 26 Court Street, Suite 2211, Brooklyn, New York 11242-1122 |
| 9967504 | + | Bauer Office Solutions, 144 East 44th Street, 6th Fl, New York, NY 10017-4090 |
| 9967505 | + | Bergen Logistics, 5903 West Side Avenue, North Bergen, NJ 07047-6451 |
| 9967506 | + | Bergen Shippers Corp, 5903 West Side Ave, North Bergen, NJ 07047-6451 |
| 9967508 | + | Bruce Nathan, Esq., Lowenstein Sandler, LLP, 1251 Avenue of the Americas, New York, NY 10020-1104 |
| 9984730 | + | Calzaturificio Carisma, Meyers Saxon & Cole, 3620 Quentin Road, Brooklyn, NY 11234-4238 |
| 9967509 | | Calzaturifico Carisma Sr, ViaPoggio Alla Malva 8/10, 50055 Malmantile, Lastra A Signa, IT 50055 |
| 9967510 | + | Canon Financial CFS, 14904 Collections Center Drive, Chicago, IL 60693-0149 |
| 9967511 | + | Carly Cushnie, 294 Herkimer St., Brooklyn, NY 11216-2611 |
| 9967512 | | Chiuma & Co., Ltd, 3-3-10 Awajimachi, Chuo-ku, Osaka, Japan, 541-0047, JP - JAPAN |
| 9967513 | + | Cindy & Kevin Studio, 327 West 36th St., 2nd Floor, New York, NY 10018-6405 |
| 9967516 | + | ConEdison, Jaf Station, PO Box 1702, New York, NY 10116-1702 |
| 9967514 | | Conceria A. Tema Srl, Via Dell Industria, 76/78/80, Castelfranco, DiSotto, IT 56022 |
| 9967515 | | Conceria Tre Emme S.r.l, Via Guglielmo Marconi, 3/1, 36050 Zermeghedo (VI) ITALY |
| 9967517 | + | Cozen O'Connor, 277 Park Avenue, New York, NY 10172-0003 |
| 9967518 | + | Cushnie Holdings, LLC, 294 Herkimer Street, Brooklyn, NY 11216-2611 |
| 9967519 | + | Cushnie Trademark, LLC, 294 Herkimer Street, Brooklyn, NY 11216-2611 |
| 10005239 | | Cushnie, LLC, c/o Michelle Ochs, 10S West 8th Street, Bayonne, NJ 07002 |
| 9967520 | | Dogi Spain, Carretera Cami del Mig, s/n Poligono PP12 El Masnou, Barcelona, Spain 08320 |
| 9967522 | + | El Toro Interactive, LLC, 2 University Plaza, Suite 100 PMB 1063, Hackensack, NJ 07601-6210 |
| 9967523 | + | Elite Model Management, 245 Fifth Avenue, 24th FL, New York, NY 10016-8728 |
| 9967524 | + | Exhibit A, LLC, 1287 N. Crescent Heights Blvd, Unit D, Los Angeles, CA 90046-5022 |
| 9967525 | + | Fashion Fit Models LLC, P.O. Box 261, New York, NY 10113-0261 |
| 9967526 | | FedEx, P.O. Box 371461, Pittsburgh, PA 15250-7461 |
| 10011296 | | Fedex Corporate Services Inc, 3965 Airways Blvd, Module G, 3rd Floor, Memphis, TN 38116-5017 |
| 9967527 | + | Green-Ungar Capital Mgmt, c/o East End Realty, 600 Madison Ave, 11th fl, New York, NY 10022-1615 |
| 9967528 | + | Guide Fabrics, 262 West 38th Street, New York, NY 10018-1537 |
| 10006611 | + | HSBC Bank USA, National Association, 545 Washington Boulevard, Jersey City, NJ 07310-1607, Attn: Matthew Tresslar |
| 9967529 | + | Hand Baldachin & Associates, 1740 Broadway, 15th Floor, New York, NY 10019-4605 |
| 9975383 | + | Hilldun Corporation, c/o Lowenstein Sandler LLP, Attn: Bruce S. Nathan, Esq., 1251 Avenue of the Americas, New York, NY 10020-1104 |
| 9967530 | | Hilldun Corporation, 255 West 35th Street, New York, NY 10001 |

Case 1-21-41212-jmm    Doc 38    Filed 10/21/22    Entered 10/22/22 00:08:48

| | | |
|---|---|---|
| District/off: 0207-1 | User: admin | Page 2 of 4 |
| Date Rcvd: Oct 19, 2022 | Form ID: pdf002 | Total Noticed: 106 |

| | | |
|---|---|---|
| 10102576 | + | Hilldun Corporation, 36 East 31st Street, 12th Floor, New York, NY 10016-6821, Attn: Gary A. Wasser |
| 9967532 | | Industrias del Curtido S., Avda de Alicante, s/n, 46460 Silla (Valencia), ES - SPAIN |
| 9967533 | | Inwool Jersey, Via Strozzi, 41, 59013 Montemurlo (PO) ITALY |
| 9967534 | | JACKYTEX, Ind. Tessile Della Maglia, Terranuova Bracciolini (AR), 52028, IT - ITALY |
| 9967535 | + | Karla Otto, 475 10th Ave, 4th Floor, New York, NY 10018-9723 |
| 9967536 | + | Kay's Pattern, 252 West 38th St., Suite 702, New York, NY 10018-9260 |
| 9967537 | | La Perla, Via Livornese 71/73, Empoli (Firenze), ITALY 50053 |
| 9967538 | + | Labels Inter-Global, Inc, 109 West 38th Street, Suite #701, New York, NY 10018-3673 |
| 9967539 | + | Lamprey Systems, 60 West Broad Street, Suite 301, Bethlehem, PA 18018-5721 |
| 9967540 | + | Lineapiu Italia, 1384 Broadway, Rm #301, New York, NY 10018-0537 |
| 9967541 | + | Luke Dickey, NKLD Inc., 48 Kinney Street, Piermont, NY 10968-1016 |
| 9967542 | | Manifatture Tessili Bianc, 22071 Cadorago (Co), via Diaz, Registri Imprese di Como, 175953 ITALY |
| 9967543 | | Maruska S.R.L., Via Prov.le Frencesca, 44/29-44/30, 56020, Santa Maria A. Monte, IT |
| 9967544 | | Meridian Customs, 15-02 132nd Avenue, 2nd floor, Jamaica, NY 11434 |
| 9967545 | + | Michael Buxbaum, Esq., Lowenstein Sandler, LLP, 1251 Avenue of the Americas, New York, NY 10020-1104 |
| 10103064 | + | Michelle Ochs, c/oTraurig Law LLC, Attn: Jeffrey Traurig, One University Plaza, Ste 124, Hackensack, NJ 07601-6242 |
| 9967547 | | Naser Tanning Company, No 10 Kumarappa Street, Periamet, Chennai, Tamil Nadu, 600003, INDIA |
| 9984557 | | Non Stop, 16801 Rockaway Blvd Ste 200, Jamaica, NY, 11434-5287 |
| 9984639 | | Non-Stop Express International, 16801 ROCKAWAY BLVD., STE 200, JAMAICA, NY 11434-5287 |
| 9967549 | + | Oglethorpe, Inc, 8383 Wilshire Blvd, Suite 1000, Beverly Hills, CA 90211-2439 |
| 9967550 | + | Ogletree, Deakins, 50 International Drive, Patewood IV, Suite 200, Greenville, SC 29615-4808 |
| 9967551 | + | One Model Management, LLC, 42 Bond Street, 2nd Floor, New York, NY 10012-2768 |
| 9967552 | | Open Text, Inc, c/o J.P. Morgan Lockbox, 24685 Network Place, Chicago, IL 60673-1246 |
| 9975095 | | Opentext, 275 Frank Tompa Drive, Waterloo, ON, N2L 0A1 |
| 9967553 | + | Orchard Mile, 133 West 19th St., Fl 6, New York, NY 10011-4117 |
| 9967554 | | P.L. Wong & Co., Ltd, Unit 03, 4/F Vanta Indus. Ctr, 21-33 Tai Lin Pai Road, Kwai Chung, Hong Kong |
| 9967556 | + | PC Fashion Inc., 327 West 36th Street, Suite 3A, New York, NY 10018-7014 |
| 9967555 | | Paoli Riccardo s.r.l, Via di Castel Pulci, 9/B, Scandicci (FI), 50018, IT ITALY |
| 9967557 | + | Peter Marcus Group, LLC, 37 Willowmere Circle, Riverside, CT 06878-2503 |
| 9967558 | + | Platform 11211, Inc, 302 Bedford Avenue #133, Brooklyn, NY 11249-4238 |
| 9984729 | + | Robert Saxon, Esq., c/o Meyers Saxon & Cole, 3620 Quentin Road, Brooklyn, NY 11234-4204 |
| 9967559 | + | Sabanna Fashion J. Inc., 247 W 38th St., 8th floor, New York, NY 10018-4447 |
| 9967560 | | Sgl Filati, Sede Legale e Amministrativa, Via B Marcora 121010, ITALY |
| 9967561 | + | Shoot Food NY LLC, 214 Columbia Street, Brooklyn, NY 11231-1430 |
| 9967562 | | Silkomo SRL, Strada Statale Briantea, 10, Tavernerico (CO),, 22038, IT - ITALY |
| 9967563 | + | South Street Seaport Limo, 13355 Noel Road, 22nd Floor, Dallas, TX 75240-6602 |
| 9967564 | + | State Artist Management, 525 7th Avenue, Suite 904, New York, NY 10018-0462 |
| 9967565 | + | Stoll, 250 West 39th Street, New York, NY 10018-4414 |
| 9967566 | + | T&M Delivery Corp, 28 Garfield Place, South Hackensack, NJ 07606-1957 |
| 10088411 | | TAEWOO FABRIC.CO.,LTD, #305 ART PLAZA 732-1, CHOCI DONG, DANWON-GU, ANSAN, KOREA (REPUBLIC), 82-10-5524-4061 |
| 9967573 | + | TWS International, Inc, 179-14 149th Road, 2nd floor, Jamaica, NY 11434-5612 |
| 9967567 | | Taewoo Fabric Co., Ltd, #305, Art Plaza, 732-1, Choji-Dong, Danwon-Gu, Ansan-S, Gyeonggi-Do, Korea |
| 9967568 | | Tessitura Uboldo Luigi sr, Via della Cerca 9/11,, 22070 Lurago Marinone (CO), ITALY |
| 9967569 | + | The Benefit Practice, 1055 Washington Blvd., Ste 610, Stamford, CT 06901-2218 |
| 9967570 | + | Tiger Button Co., Inc, 307 W 38th Street, 4th floor, New York, NY 10018-0125 |
| 9967571 | + | Time Warner Cable, Box 223085, Pittsburgh, PA 15251-2085 |
| 9967572 | + | Todd Higgins, Esq., Crosby & Higgins LLP, 140 Broadway, 46th Floor, New York, NY 10005-1155 |
| 9967575 | + | UNG 1 Realty, LLC, 600 Madison Ave., New York, NY 10022-1615 |
| 9967574 | + | Uli Wagner LLC, 279 Vanderbilt Avenue, Brooklyn, NY 11205-4104 |
| 9967576 | + | Union Square Couture, 5 East 16th Street, 4th floor, New York, NY 10003-3112 |
| 9967579 | + | Vogue Too, 265 W. 37th Street, 14th floor, New York, NY 10018-5714 |
| 9967580 | | Waste Connections, PO Box 660654, Dallas, TX 75266-0654 |
| 9967581 | + | Wilyfoxx Collective, Inc, 60 Broad Street, 24th floor, New York, NY 10004-2342 |

TOTAL: 96

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Oct 19 2022 18:20:00 | NYC Department of Finance, 345 Adams Street, Office of Legal Affairs, Brooklyn, NY 11201-3739 |

Case 1-21-41212-jmm    Doc 38    Filed 10/21/22    Entered 10/22/22 00:08:48

| District/off: 0207-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 19, 2022 | Form ID: pdf002 | Total Noticed: 106 |

| | | | | |
|---|---|---|---|---|
| smg | + Email/Text: nys.dtf.bncnotice@tax.ny.gov | | Oct 19 2022 18:20:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | | Oct 19 2022 18:20:00 | NYS Unemployment Insurance, Attn: Insolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| smg | + Email/Text: ustpregion02.br.ecf@usdoj.gov | | Oct 19 2022 18:20:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn Office), U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014-4811 |
| 9967501 | Email/PDF: bncnotices@becket-lee.com | | Oct 19 2022 18:24:37 | American Express (Corporate), P.O. Box 1270, Newark, NJ 07101-1270 |
| 10077722 | + Email/Text: bkfilings@zwickerpc.com | | Oct 19 2022 18:20:00 | American Express Travel Related Services Co., Inc., c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 9967507 | + Email/Text: bkfilings@zwickerpc.com | | Oct 19 2022 18:20:00 | Brandon G. Stanislaus, Esq., Zwicker & Associates, P.C., 1551 S. Washington Ave-Ste 404, Piscataway, NJ 08854-6700 |
| 9967531 | + Email/Text: BNCNOTICES@noexternalmail.hsbc.com | | Oct 19 2022 18:20:00 | HSBC, 452 Fifth Avenue, New York, NY 10018-2790 |
| 10079228 | Email/Text: nys.dtf.bncnotice@tax.ny.gov | | Oct 19 2022 18:20:00 | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany New York 12205-0300 |
| 9967578 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | Oct 19 2022 18:20:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 9984638 | *+ | Hand Baldachin & Associates, 1740 Broadway, 15th Floor, New York, NY 10019-4605 |
| 9967521 | ##+ | East End Capital, 600 Madison Ave, New York, NY 10022-1685 |
| 9967546 | ##+ | Michelle Ochs, 105 West 8th St., Bayonne, NJ 07002-1202 |
| 9967548 | ##+ | Non-Stop Express Int'l, 10-39 44th Drive, Long Island City, NY 11101-7013 |
| 9973127 | ##+ | Orchard Mile, 18 W 18th St. #F6, New York, NY 10011-4652 |
| 9967577 | ##+ | Velasco Couture, 347 W 36th Street Suite 1403, New York, NY 10018-7084 |

TOTAL: 0 Undeliverable, 1 Duplicate, 5 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Oct 21, 2022 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0207-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 19, 2022 | Form ID: pdf002 | Total Noticed: 106 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alex E. Tsionis | on behalf of Trustee David J. Doyaga atsionis@ajrlawny.com arosen@ajrlawny.com;ddobbin@ajrlawny.com;npizzo@ajrlawny.com;emeade-bramble@ajrlawny.com |
| Bruce Weiner | on behalf of Interested Party Bankruptcy Estate of Carly Cushnie courts@nybankruptcy.net  bweiner@nybankruptcy.net |
| Bruce S Nathan | on behalf of Creditor Hilldun Corporation bnathan@lowenstein.com  jprol@lowenstein.com;cmaker@lowenstein.com |
| David J. Doyaga | david.doyaga.sr@gmail.com  NY98@ecfcbis.com,theresa@doyagalawfirm.com |
| Douglas A Goldstein | on behalf of Debtor Cushnie  LLC dgoldstein@selawfirm.com, bspector@selawfirm.com |
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |
| The Law Offices of Avrum J. Rosen, PLLC | on behalf of Trustee David J. Doyaga arosen@ajrlawny.com atsionis@ajrlawny.com;npizzo@ajrlawny.com;emeade-bramble@ajrlawny.com;ddobbin@ajrlawny.com |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

    CUSHNIE, LLC                                              Case No. 121-41212

                Debtor(s).

                                                                        Chapter 7

-------------------------------------------------------------x

## NOTICE OF SECTION 341 MEETING OF CREDITORS

YOU ARE HEREBY NOTIFIED that the initial Section 341 meeting of creditors for the above-captioned case, scheduled as an in-person meeting for 11/10/22 at 09:30am will now be reset as a telephonic meeting and conducted by **telephone conference** on 11/10/22 at 09:30am (the Designated Meeting Time).

All parties shall appear by phone at the section 341 in accordance with the instructions below.

### Call In Information

On the date and time set forth above, parties shall dial-in to the meeting using the following dialing instructions:

Meeting Dial-in No: **877-915-3909**, and

when prompted enter the Participant Code: **9265627** followed by #.

To avoid confusion or technical difficulties, attendees are instructed to call in at the Designated Meeting Time, not before that time, and to disconnect the call after their meeting is concluded. Thank you for you anticipated cooperation in this regard.

### Instructions for Testifying Debtors and Counsel

No later than one day prior to the Designated Meeting time, the debtor and/or their counsel are required to email the trustees with an imaged copy of the debtor's photo identification **and** proof of the debtor's social security number (Identification Documents) A copy of the Debtor's identification and proof of social security number must be provided to the trustee via a secure method, i.e., portal, encrypted email, etc. Identification Documents shall be those documents deemed acceptable in accordance with current applicable procedures.

Telephonic appearances shall be conducted in accordance with current applicable procedures for telephonic meetings. Accordingly, a Declaration Regarding Administration of Oath and Confirmation of Identity and Social Security Number form shall be completed by the individual performing this function and transmitted to the trustee immediately following the meeting (attachment #1).

Alternatively, if compliance with the procedures set forth above are not possible or practical under these emergent circumstances, the debtor's attorney may submit prior to the time of the scheduled meeting a declaration confirming that: (1) the attorney met with the debtor in-person; and (2) the attorney examined and verified the debtor's original identification documents and social security number. In such situations, upon notification by the debtor and/or their counsel that they are using the alternate procedures, the trustee will administer the oath telephonically at the commencement of the 341 meeting (attachment #2).

Dated: October 18, 2022                          Chapter 7 Trustee
                                                                    /s/ David J. Doyaga, Sr.
                                                                     David J. Doyaga, Sr.
                                                                     26 Court Street, Suite 1601
                                                                     Brooklyn, NY 11242
                                                                     (718) 488-7500